
Save As   Reset Form   Print

# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

Prenda Law, Inc. )
    *Plaintiff(s)* )
    v. ) Case Number: 3:13-cv-00207-DRH-SCW
Paul Goodfread, Alan Cooper, and John Does 1-10 )
    *Defendant(s)* )

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I hereby enter my appearance as counsel for John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com)

DATED: April 16, 2013

/s/Charles Lee Mudd Jr.
Signature

Charles Lee Mudd Jr.
Name

3114 W. Irving Park Road, #1W, Chicago, IL 60618
Address

773.588.5410
Phone Number

773.588.5440
Fax Number

clm@muddlaw.com
E-Mail Address

Rev. 2/11