Exhibit B

**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

*METRO LEGAL SERVICES*

Brian Sowada, being duly sworn, on oath says:

that on February 15, 2013, at 5:40 PM he served the attached:

Summons, Complaint, & Exhibits upon:

Paul Godfread, therein named, personally at:

1077 Wakefield Avenue, St. Paul, County of Ramsey, State of Minnesota, by handing
to and leaving with Paul Godfread, a true and correct copy thereof.

```
          FILED
    ST. CLAIR COUNTY

    MAR 0 5 2013

82         CIRCUIT CLERK
```



Brian Sowada

Subscribed and sworn to before me on

_2/18_ , 2013

```
  DAVE L. HOLPER
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2015
```

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
"1724903 - 1"

RE: NA

State of Illinois )
County of St. Clair ) S.S.

Case Number _____ 13 2675

Amount Claimed _____

PRENDA LAW FIRM, INC.

**VS**

PAUL GODFREAD, ALAN COOPER, and
JOHN DOES 1-10,

Plaintiff(s)                                          Defendant(s)

Classification Prefix _____ Code _____   Nature of Action _____ Code _____

**TO THE SHERIFF: SERVE THIS DEFENDANT AT:**

Pltf. Atty. **Kevin T. Hoerner** _____ Code _____

Address — 5111 West Main Street

City — Belleville — Phone 235-0020

Add. Pltf. Atty. _____ Code _____

X  **SUMMONS**

To the above named defendant(s). . . . . . :
X

NAME
        Paul Godfread
        Godfread Law Firm
ADDRESS  100 S. Fifth Street
        Suite #1900
        Minneapolis, MN 55402
CITY & STATE

☐ A. You are hereby summoned and required to appear before this court at

(court location) _____ at _____ M. On _____ 20 ___
to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by
default may be taken against you for the relief asked in the complaint.

☑ B. You are hereby summoned and required to file an answer in this case or otherwise file your appear-
ance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day
of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in
the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with
indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this
summons is applicable this summons may not be served less than three days before the day of appearance. If
service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, _____ 2-12 ____ 20 13

_____
Clerk of Court

BY DEPUTY: _____

**SEAL**

DATE OF SERVICE: _____ , 20 ___
(To be inserted by officer on copy left with defendant
or other person.)

CC-MR-1

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):

By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
| --- | --- |
|  |  |
|  |  |
|  |  |
|  |  |

### (b) - (Individual defendants - abode):

By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
| --- | --- | --- | --- |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### (c) - (Corporation defendants):

By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
| --- | --- | --- |
|  |  |  |
|  |  |  |
|  |  |  |

(d) - (Other service):

---

**SHERIFF'S FEES**

Service and return _____ $

Miles_____ . . . . . . . . . . _____

Total. . . . . . . . . . . . . . . . . . . . . . . $_____

Sheriff of _____ County

_____, Sheriff of _____ County

_____, Deputy