# Exhibit C

| | |
|---|---|
| STATE OF ILLINOIS<br>COUNTY OF ST. CLAIR | CIRCUIT COURT<br>20TH JUDICIAL DISTRICT |
| Prenda Law Firm, Inc.<br>    Plaintiff,<br><br>v.<br><br>Paul Godfread, et al.<br>    Defendants, | Court File Number<br>  ⟨L75<br>  13 L75<br><br>AFFIDAVIT OF SERVICE |

State of Minnesota } SS
County of Kanabec }

Randal D. Reynolds, being duly sworn, on oath says that on Wednesday, February 20, 2013 at 6:40 PM he served the attached Summons, Complaint, & Exhibits upon Allen Cooper, therein named, personally at 2170 Highway 47 N, Isle, MN 56342, by handing to and leaving with Allen Cooper.

Subscribed and Sworn to before me
3 / 1 /2013.

_(Signature of Notary)_
Catt Nhung

CATHERINE A NEHRING
Notary Public–Minnesota
My Comm. Expires Jan. 31, 2017

Randal D. Reynolds

FILED
ST. CLAIR COUNTY
MAR 0 5 2013
CIRCUIT CLERK



Serial # PRE 113725 3025
Re: Cooper

* Service was completed by an independent contractor retained by Metro Legal Services, Inc.

Metro Legal Services, Inc.
330 2nd Avenue South, Suite 150, Minneapolis, MN 55401
T (612) 332-0202 or (800) 488-8994   F (612) 332-5215

State of Illinois ) S.S.
County of St. Clair )

Case Number_____ 12L75

Amount Claimed _____

| PRENDA LAW FIRM, INC. | PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10, |
|---|---|
| VS | |
| Plaintiff(s) | Defendant(s) |

Classification Prefix _____ Code _____ Nature of Action _____ Code _____

TO THE SHERIFF: SERVE THIS DEFENDANT AT:

Pltf. Atty. **Kevin T. Hoerner** Code _____
Address **5111 West Main Street**
City **Belleville** Phone **235-0020**
Add. Pltf. Atty. _____ Code _____

NAME: Alan Cooper
C/O Paul Godfread
Godfread Law Firm
ADDRESS: 100 S. Fifth Street
Suite 1900
CITY & STATE: Minneapolis, MN 55402

X SUMMONS
To the above named defendant(s)......:
X

☐ A. You are hereby summoned and required to appear before this court at (court location) _____ at _____ M. On _____ 20 __ to answer the complaint in this case, a copy of which is hereto attached. If you fail to do so, a judgment by default may be taken against you for the relief asked in the complaint.

☒ B. You are hereby summoned and required to file an answer in this case or otherwise file your appearance, in the office of the Clerk of this court, within 30 days after service of this summons, exclusive of the day of service. If you fail to do so, judgment or decree by default may be taken against you for the relief prayed in the complaint.

TO THE OFFICER:

This summons must be returned by the officer or other person to whom it was given for service, with indorsement thereon of service and fees if any, immediately after service. In the event that paragraph A of this summons is applicable this summons may not be served less than three days before the day of appearance. If service cannot be made, this summons shall be returned so indorsed.

This summons may not be served later than 30 days after its date.

WITNESS, __2-12__ 20 __13__

_Kahalah A. Clay_
Clerk of Court

BY DEPUTY: _Judy Kent_

SEAL

DATE OF SERVICE: __2-20__, 20 __13__
(To be inserted by officer on copy left with defendant or other person)

I certify that I served this summons on defendants as follows:

(a) - (Individual defendants - personal):
By leaving a copy and a copy of the complaint with each individual defendant personally, as follows:

| Name of defendant | Date of service |
|---|---|
|  |  |
|  |  |
|  |  |

(b) - (Individual defendants - abode):
By leaving a copy and a copy of the complaint at the usual place of abode of each individual defendant with a person of his family, of the age of 13 years or upwards, informing that person of the contents of the summons, and also by sending a copy of the summons and of the complaint in a sealed envelope with postage fully prepaid, addressed to each individual defendant at his usual place of abode, as follows:

| Name of defendant | Person with whom left | Date of service | Date of mailing |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

(c) - (Corporation defendants):
By leaving a copy and a copy of the complaint with the registered agent officer, or agent of each defendant corporation, as follows:

| Defendant corporation | Registered agent, officer or agent | Date of service |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

(d) - (Other service):

SHERIFF'S FEES
Service and return _____ $
Miles _____
Total _____ $

Sheriff of _____ County

_____, Sheriff of _____ County
_____, Deputy

1724912-1    PRE 113725 3025

