# EXHIBIT D

# Contact Info for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Private Label ID | 1 |
| Login Name: | mediacopyrightgroup |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 1111 lincoln Road Suite 400 |
| Address2: | 80 S 8th St |
| City: | miami Beach |
| State/Prov: | FL |
| Postal Code: | 33139 |
| Country: | US |
| Phone1: | 7086898131 |
| Phone1Extension: | |
| Phone2: | |
| Fax: | |
| Mobile: | |
| Email: | johnlsteele@gmail.com |
| BirthDate: | |
| Gender: | No Response |
| Date Created: | 6/23/2010 5:31:51 AM |
| Last Changed By | Password Reset |
| Last Changed By Date | 2/13/2013 9:25:50 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | smy |
| Twitter Handle | |

GD 000089

# Domain List for Shopper ID 37043778

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| PJPROGRAM.COM | 0 Active | 7/10/2012 | 7/10/2013 | 443090270 |
| THEBIGGESTBULL.COM | 0 Active | 9/26/2012 | 9/26/2013 | 466635504 |
| WEFIGHTPIRACY.ORG | 0 Active | 10/30/2012 | 10/30/2013 | 477028670 |
| PRENDALAWFIRM.COM | 0 Active | 11/13/2012 | 11/13/2013 | 481516591 |
| BLUESYSTEMS.CC | 0 Active | 12/14/2012 | 12/14/2013 | 491569954 |

# Community for Shopper ID 37043778
# 2/19/2008 to 2/19/2013

| | |
|---|---|
| Display Name | WeFightPiracy |
| Location | Minneapolis, MN US |
| Avatar | https://img1.wsimg.com/cmnty/secure//images/mystery-man.jpg |
| Email Address | prhansmeier@mediacopyrightgroup.com |
| Has Profile | true |
| Is Banned | 0 |
| Last Active | 2013-03-05 21:46:50 |
| Profile Url | http://support.godaddy.com/members/wefightpiracy/ |
| Realname | |
| Username | WeFightPiracy |
| Registered Location | Minneapolis,  US |
| Go Daddy Terms of Service | |
| Connection Requests Accepted | |
| New Connection Request | |
| New Messages | |
| Is Terms of Service | true |
| Total Connections | 0 |
| Total Contributions | 0 |
| Total Discussions | 0 |
| Total Groups | 2 |

# Groups

Go Daddy Customers

Web Hosting

# Legal Receipt for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Receipt ID: | **481516591** |
| Reseller: | GoDaddy |
| Date: | 11/13/2012 10:39:01 AM By customer via Online |
| Source Code: | ??? |

**Shipping Information**

john steele
1111 lincoln Road Suite 400
80 S 8th St
miami Beach, FL 33139 US
Daytime Phone: 7086898131
johnlsteele@gmail.com

**Billing Information**

john steele
1111 lincoln Road Suite 400
80 S 8th St
miami Beach, FL 33139 US
Daytime Phone: 7086898131
johnlsteele@gmail.com

| | |
|---|---|
| IP: | 24.234.211.161::24.234.211.161 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $40.13*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########3000 |
| Creditcard Information: | AMEX Exp. 8/2015 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $14.99 | $12.99 | 1 | $0.00 | $13.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $9.99 | $9.99 | 1 | $2.99 | $7.00 |
| 2 | 84-1 | Business Registration Length: 1 year(s) PRENDALAWFIRM.COM This a service item. | $4.99 | $4.99 | 1 | $0.00 | $4.99 |
| 3 | 42001-1 | Hosting - Web - Economy - Linux - US Region - Monthly (recurring) Length: 1 month(s) This a service item. | $5.99 | $4.99 | 3 | $0.00 | $14.97 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $40.13 | $0.00 | $0.00 | $40.13 |

# Legal Receipt for Shopper ID 37043778

| | |
|---|---|
| Shopper ID: | 37043778 |
| Receipt ID: | 477028670 |
| Reseller: | GoDaddy |
| Date: | 10/29/2012 7:30:26 PM By customer via Online |
| Source Code: | GDBBC1463 |

**Shipping Information**

john steele
1111 lincoln Road Suite 400
80 S 8th St
miami Beach, FL 33139 US
Daytime Phone: 7086898131
johnlsteele@gmail.com

**Billing Information**

john steele
1111 lincoln Road Suite 400
80 S 8th St
miami Beach, FL 33139 US
Daytime Phone: 7086898131
johnlsteele@gmail.com

| | |
|---|---|
| IP: | 72.28.155.178::72.28.155.178 |

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $14.66*

| | |
|---|---|
| Paid: | Credit Card |
| Name: | john steele |
| Creditcard Number: | ###########3000 |
| Creditcard Information: | AMEX Exp. 8/2015 |

| Row | Label | Name | Unit Price | Today's Price | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|
| 0 | 12101-1 | .ORG Domain Name Registration - 1 Year (recurring) Length: 1 year(s) WEFIGHTPIRACY.ORG This a service item. | $16.98 | $6.99 | 1 | $0.00 | $7.17 |
| 1 | 7001-1 | Private Registration Services Length: 1 year(s) WEFIGHTPIRACY.ORG This a service item. | $9.99 | $9.99 | 1 | $2.50 | $7.49 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| $14.66 | $0.00 | $0.00 | $14.66 |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 8/17/2012 6:15:08 AM / Customer / Client IP: 82.78.35.24 | Domains:0 - Entered Account |
| 8/17/2012 6:00:53 AM / Customer / Client IP: 223.223.133.83 | Web Hosting:0 - Entered Account |
| 8/11/2012 1:32:57 AM / Customer / Client IP: 89.123.211.209 | Database 'hawer553871' created for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 8/11/2012 1:08:39 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 1:07:40 AM / Customer / Client IP: 89.123.211.209 | Domains:0 - Entered Account |
| 8/11/2012 1:00:59 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 12:19:01 AM / Customer / Client IP: 89.123.211.209 | Domains:0 - Entered Account |
| 8/11/2012 12:10:18 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/11/2012 12:09:05 AM / Customer / Client IP: 89.123.211.209 | Web Hosting:0 - Entered Account |
| 8/9/2012 5:45:46 AM / 37043778 / Client IP: | Security Info updated |
| 8/9/2012 5:39:11 AM / Crates, Chris / Client IP: GoDaddy Internal | spkto john, mediacopyrightgroup.com cust wanst ftp connections, passes ftp test, sharedd ftp connectins with cust, did review |
| 8/9/2012 5:38:31 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 8/9/2012 5:38:00 AM / Chris R. Crates / Client IP: GoDaddy Internal | FTP test complete. External Results: PASSED<br>Action: Connecting to IP 97.74.144.126: Result: Passed<br>Action: Logging in with user mediacopyright: Result: Passed<br>Action: Uploading 20 MB file: Result: Passed<br>Action: Verifying file was uploaded: Result: Passed<br>Action: Verifying file size of uploaded file: Result: Passed<br>Action: Deleting uploaded file: Result: Passed |
| 8/9/2012 5:37:45 AM / Chris R. Crates / Client IP: GoDaddy Internal | Performing an external ftp test. |
| 8/9/2012 5:36:30 AM / Chris R. Crates / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 8/9/2012 5:35:47 AM / Crates, Chris / Client IP: GoDaddy Internal | Chris Crates accessed account with reason "General/Research". Shopper PIN. |
| 8/9/2012 5:29:56 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 8/8/2012 3:32:07 PM / Main, Gavin / Client IP: GoDaddy Internal | cci John wanted to point wefightpiracy.com to new host looked itno expalined we are not domain reg would need to conect them to edit nameservers may just upload to us and still use us closed call. |
| 8/8/2012 3:25:21 PM / Gavin S Main / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 8/8/2012 3:24:17 PM / Main, Gavin / Client IP: GoDaddy Internal | Gavin Main accessed account with reason "General/Research". Shopper PIN. |
| 8/8/2012 3:12:04 PM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 8/8/2012 7:30:41 AM / Customer / Client IP: 174.140.100.242 | Web Hosting:0 - Entered Account |
| 7/10/2012 8:10:14 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccessAutoActivation email for PJPROGRAM.COM to: shopper. |
| 7/10/2012 8:00:42 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PJPROGRAM.COM OrderID: 443090270 RowID: 0 Namespace:domain ResourceID: 127066029 |
| 7/10/2012 8:00:40 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PJPROGRAM.COM OrderID: 443090270 RowID: 2 Namespace:proxima ResourceID: 182793450 |
| 7/10/2012 8:00:39 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PJPROGRAM.COM activated by RegComEPPSvc on 07/10/12 08:00:39 |
| 7/10/2012 8:00:03 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PJPROGRAM.COM privacy set up.  DBP customer number is 54213337. |
| 6/8/2012 8:53:19 AM / Customer / Client IP: 10.1.32.108 | Setting AutoRenew = 1: mediacopyrightgroup.com OrderID: 250277997 RowID: 0 Namespace:hosting ResourceID: 116632302 |
| 6/8/2012 6:05:43 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2012 |
| 5/24/2012 6:21:38 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2012 |
| 5/21/2012 2:32:28 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 5/4/2012 11:10:44 AM / Farley, Jenny / Client IP: GoDaddy Internal | ==John.......cust ci about domain name wefightpiracy.com and is needing the ftp username and password information for the hosting account. not in account 13825493. found different account 39706942. did not have password for account. sent reset password. walked cust through where to find the information. the only thing in that account was expired domain name. cust found another account while talking to his friend 37043778, valided into account. walked cust through adding a ftp user to account.== |
| 5/4/2012 11:04:36 AM / Customer / Client IP: 204.195.145.253 | Web Hosting:0 - Entered Account |
| 5/4/2012 11:03:23 AM / Jenny  Farley / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |
| 5/4/2012 11:03:10 AM / Farley, Jenny / Client IP: GoDaddy Internal | Jenny Farley accessed account with reason "General/Research". Shopper PIN. |
| 5/4/2012 10:59:36 AM / Jenny Farley / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 5/4/2012 10:58:49 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 5/4/2012 10:57:12 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:0 - Entered Account |
| 12/23/2011 1:57:18 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/23/2011 1:52:11 PM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/21/2011 5:59:47 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/13/2011 1:07:54 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/13/2011 12:58:22 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |

# Notes Info for Shopper ID 37043778
# 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
| --- | --- |
| 12/13/2011 12:56:51 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/12/2011 9:12:46 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 7:30:43 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 6:57:08 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 2:26:16 AM / Customer / Client IP: 188.27.148.155 | Database 'mediacopyright' created for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 12/9/2011 2:17:50 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/9/2011 2:07:53 AM / Customer / Client IP: 188.27.148.155 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/6/2011 2:47:46 PM / Damone, Nicholas / Client IP: GoDaddy Internal | CCi because he was getting a form error with his hosting, we both went throught he process and all was working correctly customer confimred |
| 12/6/2011 2:44:41 PM / Nicholas A Damone / Client IP: GoDaddy Internal | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/6/2011 2:44:17 PM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 12/6/2011 2:44:14 PM / Damone, Nicholas / Client IP: GoDaddy Internal | Nicholas Damone accessed account with reason "General/Research". Shopper PIN. |
| 12/5/2011 9:20:43 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/5/2011 9:20:41 AM / Customer / Client IP: 66.202.128.10 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 12/5/2011 9:11:17 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 11/30/2011 1:48:15 PM / Jesse J Kelly / Client IP: GoDaddy Internal | SH domain: mediacopyrightgroup.com [f355f276-7ec4-11df-bfea-001143d3bdfb] account accessed through ToolZilla. |
| 10/9/2011 9:52:49 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 10/9/2011 9:45:26 AM / Customer / Client IP: 50.77.50.222 | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 10/9/2011 9:44:48 AM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 6/21/2011 2:18:48 PM / Brugada, Brandon / Client IP: GoDaddy Internal | ==Spoke w/ Paul does not want to renew over phone only wants to do online== |
| 6/21/2011 2:17:12 PM / Brugada, Brandon / Client IP: GoDaddy Internal | Lynx: An outbound Manual Renewal call was made. Customer was contacted. |
| 6/21/2011 2:14:38 PM / Brugada, Brandon / Client IP: GoDaddy Internal | Brandon Brugada accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/15/2011 7:52:45 AM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 6/8/2011 7:16:05 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 37043778 for 1 AnnualHosting resource(s) set to expire on Jun. 23, 2011 |

# Notes Info for Shopper ID 37043778
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 7/15/2010 8:14:58 AM / TotalDNSControl / Client IP: GoDaddy Internal | TDNS Accessed By Customer - Domain: mediacopyrightgroup.com |
| 7/15/2010 8:14:12 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 7/14/2010 6:57:08 PM / TotalDNSControl / Client IP: GoDaddy Internal | TDNS Accessed By Customer - Domain: mediacopyrightgroup.com |
| 7/14/2010 6:56:49 PM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 7/8/2010 5:13:54 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 6/24/2010 7:59:27 AM / Root, Marcus / Client IP: GoDaddy Internal | outbound - contacted paul, was unreceptive to consult. thanked and closed call. |
| 6/24/2010 7:59:20 AM / Root, Marcus / Client IP: GoDaddy Internal | Lynx: An outbound OR - New Customer call was made. Customer was contacted. |
| 6/24/2010 7:58:41 AM / Root, Marcus / Client IP: GoDaddy Internal | Marcus Root accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 6/23/2010 3:59:06 PM / Brandon A Huemiller / Client IP: GoDaddy Internal | Marked as VERIFIED NO FRAUD. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Preview DNS is set for AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | PHP version 5 set for AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Web Stats setup for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | Setup hosting account mediacopyrightgroup.com for AccountUID f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | User account setup for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:58:54 AM / Customer / Client IP: | EULA accepted for mediacopyrightgroup.com, AccountUID: f355f276-7ec4-11df-bfea-001143d3bdfb. |
| 6/23/2010 5:56:09 AM / Cust-37043778 / Client IP: | Web Hosting:116632302 (f355f276-7ec4-11df-bfea-001143d3bdfb) - Entered Account |
| 6/23/2010 5:52:06 AM / Cust-37043778 / Client IP: | Setting AutoRenew = 0: New Account OrderID: 250277997 RowID: 0 Namespace:Hosting ResourceID: 116632302 |

# Shopper Contact Audit History for Shopper ID 37043778

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | city | Minneapolis | miami Beach |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | email | prhansmeier@mediacopyrightgroup.com | johnlsteele@gmail.com |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | first_name | Paul | john |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | last_name | Hansmeier | steele |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | phone1 | 6122345744 | 7086898131 |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | state | MN | FL |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | street1 | 900 IDS Center | 1111 lincoln Road Suite 400 |
| 7/10/2012 8:00:02 AM | 174.140.100.242 | GoDaddy Internal IP | zip | 55402 | 33139 |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | city | | Minneapolis |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | country | | US |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | email | 37043778 | prhansmeier@mediacopyrightgroup.com |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | first_name | | Paul |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | last_name | | Hansmeier |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | phone1 | | 6122345744 |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | state | | MN |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | street1 | | 900 IDS Center |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | street2 | | 80 S 8th St |
| 6/23/2010 5:41:58 AM | 67.130.30.162 | GoDaddy Internal IP | zip | | 55402 |