# EXHIBIT E

# Contact Info for Shopper ID 13825493

| | |
|---|---|
| Shopper ID: | 13825493 |
| Private Label ID | 1 |
| Login Name: | stee0274 |
| First Name: | john |
| Middle Name: | |
| Last Name: | steele |
| Company: | |
| Address1: | 1111 Lincoln Road Suite 400 |
| Address2: | Suite 4700 |
| City: | Miami Beach |
| State/Prov: | Florida |
| Postal Code: | 33139 |
| Country: | us |
| Phone1: | (708) 689-8131 |
| Phone1Extension: | |
| Phone2: | 7086898131 |
| Fax: | (708) 689-8131 |
| Mobile: | 7086898131 |
| Email: | johnlsteele@gmail.com |
| BirthDate: | February 1 |
| Gender: | m |
| Date Created: | 4/26/2007 3:03:18 PM |
| Last Changed By | gdwshAuthenticate.ResetPassword |
| Last Changed By Date | 11/29/2012 1:27:00 PM |
| Status: | |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Shopper Pin | |
| Password Reminder | L69 |
| Twitter Handle | |

# Domain List for Shopper ID 13825493

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| STEELEFAMILYLAW.COM | 8 Cancelled | 4/26/2007 | 4/26/2008 | 66444340 |
| JOHNSTEELE.NAME | 8 Cancelled | 4/26/2007 | 4/26/2008 | 66444340 |
| STEELECHICAGO.COM | 8 Cancelled | 4/26/2007 | 4/26/2008 | 66444340 |
| STEELELAWCHICAGO.COM | 8 Cancelled | 4/26/2007 | 4/26/2008 | 66444340 |
| STEELE-LAW.COM | 36 Ownership Changed | 4/26/2007 | 4/26/2015 | 66444340 |
| JOHNLSTEELE.COM | 0 Active | 4/26/2007 | 4/26/2015 | 66444340 |
| FAMILYLAWLIFELINE.COM | 36 Ownership Changed | 8/30/2007 | 8/30/2012 | 79237482 |
| STEELECORPORATE.COM | 0 Active | 6/14/2008 | 6/14/2014 | 115151675 |
| HELPAVET.ORG | 8 Cancelled | 2/16/2010 | 2/16/2012 | 222455424 |
| NOMORETISSUES.COM | 8 Cancelled | 4/6/2011 | 4/6/2012 | 318464209 |
| DANGEROUSXXX.COM | 36 Ownership Changed | 7/2/2011 | 7/2/2014 | 340160679 |
| FAMILYLAWCHICAGO.COM | 36 Ownership Changed | 7/26/2011 | 7/26/2013 | 365541622 |
| ==PRENDALAW.COM== | 0 Active | 10/20/2011 | 10/20/2013 | 368809158 |
| COPYRIGHTLITIGATIONGROUP.COM | 0 Active | 10/27/2011 | 10/27/2013 | 370574617 |
| ==6881FORENSICS.COM== | 0 Active | 1/24/2012 | 1/24/2014 | 394164005 |
| ==PEREALAWFIRM.COM== | 0 Active | 6/4/2012 | 6/4/2013 | 432591109 |

# Notes Info for Shopper ID 13825493
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 5/18/2012 12:52:03 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name NOMORETISSUES.COM removed by RegComEPPSvc on 05/18/12 00:52:03 |
| 5/15/2012 10:15:33 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent AccountChangeCompleteLosing email for FAMILYLAWCHICAGO.COM STEELE-LAW.COM FAMILYLAWLIFELINE.COM to: shopper. |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: Free email forwarding for STEELE-LAW.COM OrderID: 66444340 RowID: 0 Namespace:emailfwd ResourceID: 121804102 |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: STEELE-LAW.COM OrderID: 66444340 RowID: 0 Namespace:domain ResourceID: 30782416 |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: FAMILYLAWCHICAGO.COM OrderID: 365541622 RowID: 0 Namespace:domain ResourceID: 110488687 |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: Free email addresses for FAMILYLAWLIFELINE.COM OrderID: 79237482 RowID: 1 Namespace:email ResourceID: 129585737 |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: FAMILYLAWLIFELINE.COM OrderID: 79237482 RowID: 1 Namespace:domain ResourceID: 36874056 |
| 5/15/2012 10:07:40 AM / TransferAway / Client IP: GoDaddy Internal | Cancelling: john OrderID: 66444340 RowID: 0 Namespace:email ResourceID: 39692464 |
| 5/15/2012 10:04:45 AM / Castille, Jeremy / Client IP: GoDaddy Internal | Name:<br>John<br><br>Callback number:<br>3122520708<br><br>Issue:<br>cust needs to do acct change<br>Steps Taken:<br>sent vault articles for acct change<br><br>Resource used:<br>vault, cust acct<br><br>Offer:<br>domain renewals, cust accepted<br><br>Resolution:<br>renewed domains and sent acct change info |
| 5/15/2012 10:04:21 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 0: STEELECORPORATE.COM OrderID: 115151675 RowID: 0 Namespace:domain ResourceID: 49127731 EAR: OFF |
| 5/15/2012 10:04:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 2 Namespace:proxima ResourceID: 148623892 |
| 5/15/2012 10:04:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 0 Namespace:domain ResourceID: 104982615 |
| 5/15/2012 10:04:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 0: STEELECORPORATE.COM OrderID: 115151675 RowID: 0 Namespace:domain ResourceID: 49127731 EAR: OFF |
| 5/15/2012 10:04:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 2 Namespace:proxima ResourceID: 148623892 |
| 5/15/2012 10:04:19 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 0 Namespace:domain ResourceID: 104982615 |

# Notes Info for Shopper ID 13825493
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 5/15/2012 10:04:12 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name DANGEROUSXXX.COM renewed by RegComEPPSvc on 05/15/12 10:04:12 |
| 5/15/2012 10:04:12 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name STEELECORPORATE.COM renewed by RegComEPPSvc on 05/15/12 10:04:12 |
| 5/15/2012 10:03:29 AM / RegDCCBatchSimpleSvc / Client IP: GoDaddy Internal | Sent initial owner change emails to gaining shopper 52593932 (registrant contact email = polson@familylawchicago.com) and losing shopper 13825493 (sent to shopper email address) for domain(s): STEELE-LAW.COM,FAMILYLAWLIFELINE.COM,FAMILYLAWCHICAGO.COM |
| 5/15/2012 10:00:25 AM / Customer / Client IP: 64.190.14.220 | DCC domain registrant change initiated FAMILYLAWCHICAGO.COM (ID=110488687), FAMILYLAWLIFELINE.COM (ID=36874056), STEELE-LAW.COM (ID=30782416) |
| 5/15/2012 9:57:23 AM / Jeremy A Castille / Client IP: GoDaddy Internal | Domains:0 - Entered Account |
| 5/15/2012 9:57:21 AM / Customer / Client IP: 64.190.14.220 | Domains:0 - Entered Account |
| 5/15/2012 9:52:15 AM / Castille, Jeremy / Client IP: GoDaddy Internal | Jeremy Castille accessed account with reason "General/Research". Shopper PIN. |
| 5/15/2012 8:26:21 AM / Cole, Robert / Client IP: GoDaddy Internal | Lynx: An outbound WST Retention call was made. Customer was contacted. |
| 5/15/2012 8:26:18 AM / Cole, Robert / Client IP: GoDaddy Internal | CDT - s/w John - advised of expiring products - indicated he wanted to let them go, but quickly ended the call. |
| 5/15/2012 8:25:01 AM / Cole, Robert / Client IP: GoDaddy Internal | Robert Cole accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 5/15/2012 6:25:30 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 13825493 for 1 AnnualHosting resource(s) set to expire on Jun. 14, 2012 |
| 5/15/2012 6:12:47 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 13825493 for 1 NonDomain resource(s) set to expire on Jun. 14, 2012 |
| 5/15/2012 1:46:48 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllManual] Sending renewal notice to shopper 13825493 for 1 Domain resource(s) set to expire around Jun. 14, 2012. Email BatchID=143009058. Payment profiles are current. |
| 5/6/2012 3:17:41 AM / BillingAgent / Client IP: GoDaddy Internal | Cancelling: nomoretissues.com OrderID: 318465042 RowID: 0 Namespace:sslcert ResourceID: 140894333 |
| 5/6/2012 3:17:38 AM / BillingAgent / Client IP: GoDaddy Internal | Failed Billing Attempt: FINAL, Canceling Resource. (sslcert:140894333) Reason: Payment request was declined. Certificate for nomoretissues.com Expires on 04/06/2012. |
| 5/6/2012 3:17:38 AM / gdBAEmail.Email / Client IP: GoDaddy Internal | Failure Email sent to: johnlsteele@gmail.com for<br>Product Name                       Next Billing Date Qty     Price<br>------------                        ---------------- --- ----------<br>Standard (Turbo) SSL Renewal (1 Year) (annual)     CANCELLED   1   $49.99<br>    Certificate for nomoretissues.com Expires on 04/06/2012. |
| 5/4/2012 11:11:18 AM / Farley, Jenny / Client IP: GoDaddy Internal | ==John.......cust ci about domain name wefightpiracy.com and is needing the ftp username and password information for the hosting account. not in account 13825493. found different account 39706942. did not have password for account. sent reset password. walked cust through where to find the information. the only thing in that account was expired domain name. cust found another account while talking to his friend 37043778, valided into account. walked cust through adding a ftp user to account.== |
| 5/4/2012 10:30:59 AM / Jenny Farley / Client IP: GoDaddy Internal | Web Hosting:0 - Entered Account |

# Notes Info for Shopper ID 13825493
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 1/16/2012 5:55:52 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 13825493 for 3 NonDomain resource(s) set to expire on Feb. 15, 2012 |
| 1/7/2012 3:55:23 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 13825493 for 2 Domain resource(s) set to expire around Apr. 06, 2012. Email BatchID=128159041. Credit card expiring on auto renew. ProfileID=21363788 ; CCLast4Digits=6498 ; CCExpiration=5/2011. |
| 12/18/2011 4:33:37 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 13825493 for 1 Domain resource(s) set to expire around Feb. 16, 2012. Email BatchID=125682529. Credit card expiring on auto renew. ProfileID=21363788 ; CCLast4Digits=6498 ; CCExpiration=5/2011. |
| 12/17/2011 7:03:20 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 13825493 for 3 NonDomain resource(s) set to expire on Feb. 15, 2012 |
| 12/5/2011 8:16:51 AM / Horsfall, Brandon / Client IP: GoDaddy Internal | JOHN: CCI about: PRENDALAW.COM wanted to know if it was hosted by us. I advised it's parked but we could host it. Cu is g2g. |
| 12/5/2011 8:14:44 AM / Horsfall, Brandon / Client IP: GoDaddy Internal | Brandon Horsfall accessed account with reason "General/Research". Shopper PIN. |
| 12/5/2011 8:14:20 AM / Horsfall, Brandon / Client IP: GoDaddy Internal | Brandon Horsfall accessed account with reason "General/Research". Shopper PIN. |
| 11/18/2011 4:25:11 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAutoCCExpired] Sending renewal notice to shopper 13825493 for 1 Domain resource(s) set to expire around Feb. 16, 2012. Email BatchID=122272874. Credit card expiring on auto renew. ProfileID=21363788 ; CCLast4Digits=6498 ; CCExpiration=5/2011. |
| 10/27/2011 9:30:23 AM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for COPYRIGHTLITIGATIONGROUP.COM to: shopper. |
| 10/27/2011 9:24:48 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: COPYRIGHTLITIGATIONGROUP.COM OrderID: 370574617 RowID: 0 Namespace:domain ResourceID: 111577613 |
| 10/27/2011 9:24:47 AM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: COPYRIGHTLITIGATIONGROUP.COM OrderID: 370574617 RowID: 2 Namespace:proxima ResourceID: 158734067 |
| 10/27/2011 9:24:37 AM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name COPYRIGHTLITIGATIONGROUP.COM activated by RegComEPPSvc on 10/27/11 09:24:37 |
| 10/27/2011 9:24:10 AM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain COPYRIGHTLITIGATIONGROUP.COM privacy set up. DBP customer number is 13825662. |
| 10/20/2011 7:15:16 PM / RegBulkEmailSvc / Client IP: GoDaddy Internal | RegBulkEmailSvc: Sent DomainAddSuccess email for PRENDALAW.COM to: shopper. |
| 10/20/2011 7:07:57 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PRENDALAW.COM OrderID: 368809158 RowID: 0 Namespace:domain ResourceID: 111214439 |
| 10/20/2011 7:07:53 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: PRENDALAW.COM OrderID: 368809158 RowID: 2 Namespace:proxima ResourceID: 158180592 |
| 10/20/2011 7:07:43 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name PRENDALAW.COM activated by RegComEPPSvc on 10/20/11 19:07:43 |
| 10/20/2011 7:07:09 PM / Post Purchase Processing / Client IP: GoDaddy Internal | Domain PRENDALAW.COM privacy set up. DBP customer number is 13825662. |
| 10/10/2011 12:15:37 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 0 Namespace:domain ResourceID: 104982615 |
| 10/10/2011 12:15:27 PM / RegHerculesSvc / Client IP: GoDaddy Internal | Setting AutoRenew = 1: DANGEROUSXXX.COM OrderID: 340160679 RowID: 2 Namespace:proxima ResourceID: 148623892 |

# Notes Info for Shopper ID 13825493
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 9/2/2010 11:36:14 AM / Shopper-13825493 / Client IP: | DCC domain nameserver update requested STEELE-LAW.COM (ID=30782416) |
| 9/1/2010 5:48:55 PM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS1.HOSTMONSTER.COM|NS2.HOSTMONSTER.COM to NS575.WEBSITEWELCOME.COM|NS576.WEBSITEWELCOME.COM for STEELE-LAW.COM |
| 9/1/2010 5:48:28 PM / Shopper-13825493 / Client IP: | DCC domain nameserver update requested STEELE-LAW.COM (ID=30782416) |
| 9/1/2010 5:45:34 PM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 9/1/2010 5:43:39 PM / IVR System / Client IP: GoDaddy Internal | Password reset email sent to shopper by the IVR system at customer request. |
| 8/31/2010 12:58:35 PM / Davisson, Ken / Client IP: GoDaddy Internal | CCI...could not val, returning outbound, could not see why we called...customer hung up. |
| 8/31/2010 12:57:54 PM / Davisson, Ken / Client IP: GoDaddy Internal | Ken Davisson accessed account with reason "General/Research". Shopper PIN. |
| 8/31/2010 9:51:33 AM / Tempel, Jacob / Client IP: GoDaddy Internal | Lynx: An outbound Ad Hoc Marketing call was made. Left Phone message. |
| 8/31/2010 9:51:28 AM / Tempel, Jacob / Client IP: GoDaddy Internal | Hybrid - Ad Hoc Campaign - Hosting Attrition Campaign -- Left message with NAH to have customer call back regarding option to migrate to grid hosting/unlimited bandwidth. |
| 8/31/2010 9:51:03 AM / Tempel, Jacob / Client IP: GoDaddy Internal | Old Country: us New Country: US |
| 8/31/2010 9:50:56 AM / Tempel, Jacob / Client IP: GoDaddy Internal | Jacob Tempel accessed account with reason "General/Research". Shopper PIN. |
| 8/31/2010 9:49:47 AM / Tempel, Jacob / Client IP: GoDaddy Internal | Jacob Tempel accessed account with reason "Lynx Outbound Tasks". Validation was skipped. |
| 8/31/2010 7:11:46 AM / GenerateRenewals / Client IP: GoDaddy Internal | Sending renewal notice to shopper 13825493 for 1 AnnualHosting resource(s) set to expire on Sep. 30, 2010 |
| 8/27/2010 12:37:42 PM / Cust-13825493 / Client IP: | Product:121804102 (864e48a9-b212-11df-8731-001143d4d96d) - Entered Account |
| 8/23/2010 10:39:04 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | ecc.php: Created email address: bkeehl@steele-law.com |
| 8/23/2010 9:39:00 AM / Hickcox, Stratton / Client IP: GoDaddy Internal | John - having issues with setting up an email address, gets &quot;no mb avaliable&quot; let him know he is using all of the space on that email plan and showed him how to get them setup on an email plan with sapce. |
| 8/23/2010 9:38:17 AM / RegOrgEPPSvc / Client IP: GoDaddy Internal | ecc.php: Created email address: sbuckley@steele-law.com |
| 8/23/2010 9:37:17 AM / Stratton Hickcox / Client IP: GoDaddy Internal | Email:67899027 (2646b006-6230-11dd-963f-00114332b4ff) - Entered Account |
| 8/23/2010 9:36:33 AM / Hickcox, Stratton / Client IP: GoDaddy Internal | Stratton Hickcox accessed account with reason "General/Research". Shopper PIN. |
| 8/23/2010 9:27:02 AM / Cust-13825493 / Client IP: | Email:67899027 (2646b006-6230-11dd-963f-00114332b4ff) - Entered Account |
| 8/23/2010 9:26:12 AM / Cust-13825493 / Client IP: | Email:39692464 (51a4c779-c0d1-4077-b7e4-c5c56a9a8241) - Entered Account |
| 8/23/2010 9:26:04 AM / Cust-13825493 / Client IP: | Email:67899027 (2646b006-6230-11dd-963f-00114332b4ff) - Entered Account |

# Notes Info for Shopper ID 13825493
## 2/19/2008 to 2/19/2013

| Entered Date / By | Note |
|---|---|
| 4/6/2010 2:17:22 PM / VanNess, Edward / Client IP: GoDaddy Internal | - Name of caller:John<br>- Verified account with:Last 6 of CC<br>- number to reach caller:312-893-5888<br>- Issues:His out going server is not working through Apple mail it was working til a couple of days ago and now it cannot connect<br>- Resolutions:Checked his settings and it was good to go and he was able to send and receive fine after we changed his port from 80 to 3535.<br><br>- Review: |
| 4/6/2010 2:05:04 PM / VanNess, Edward / Client IP: GoDaddy Internal | Edward VanNess accessed account with reason "General/Research". Credit Card, Six digit. |
| 3/17/2010 3:03:58 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAuto90] Sending renewal notice to shopper 13825493 for 1 Domain resource(s) set to expire around Jun. 15, 2010. Email BatchID=63031149. Payment profiles are current. |
| 2/15/2010 6:18:03 PM / Cust-13825493 / Client IP: | Shopper Updated |
| 2/15/2010 6:15:26 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name JOHNLSTEELE.COM renewed by RegComEPPSvc on 02/15/10 18:15:26 |
| 2/15/2010 6:15:26 PM / RegComEPPSvc / Client IP: GoDaddy Internal | domain name STEELE-LAW.COM renewed by RegComEPPSvc on 02/15/10 18:15:26 |
| 2/15/2010 6:15:26 PM / RegOrgEPPSvc / Client IP: GoDaddy Internal | domain name HELPAVET.ORG activated by RegOrgEPPSvc on 02/15/10 18:15:26 |
| 2/3/2010 11:06:37 AM / gdwshAuthenticate / Client IP: GoDaddy Internal | Password Reset performed by shopper |
| 1/26/2010 3:48:59 AM / RenewalNotice / Client IP: GoDaddy Internal | [Namespace=Renewals/Type=DomainRenewalAllAuto90] Sending renewal notice to shopper 13825493 for 2 Domain resource(s) set to expire around Apr. 26, 2010. Email BatchID=58516162. Payment profiles are current. |
| 10/9/2009 4:05:52 PM / Shiflett, Wayne / Client IP: GoDaddy Internal | john steele changed nameservers and email stopped working gave mx settings to be added. |
| 10/9/2009 4:04:00 PM / 2:Wayne Shiflett / Client IP: GoDaddy Internal | Email Accounts:67899027 Unified:67899027-Entered Unified account |
| 10/9/2009 4:02:22 PM / Shiflett, Wayne / Client IP: GoDaddy Internal | Wayne Shiflett accessed account with reason "General/Research". Shopper PIN. |
| 10/9/2009 10:47:38 AM / RegComEPPSvc / Client IP: GoDaddy Internal | RegComEPPSvc:processDomainPendMod changed Nameserver(s) from NS51.DOMAINCONTROL.COM\|NS52.DOMAINCONTROL.COM to NS1.HOSTMONSTER.COM\|NS2.HOSTMONSTER.COM for STEELE-LAW.COM |
| 10/9/2009 10:47:33 AM / Shopper-13825493 / Client IP: | DCC domain nameserver update requested STEELE-LAW.COM (ID=30782416) |
| 10/9/2009 10:47:20 AM / Scott, Christopher / Client IP: GoDaddy Internal | Walked csutomer thru setting nameservers . Reviewed account account details and renewing items with no billing issues to report. |
| 10/9/2009 10:45:36 AM / Scott, Christopher / Client IP: GoDaddy Internal | John called regarding needs to change ns. |
| 10/9/2009 10:45:22 AM / Scott, Christopher / Client IP: GoDaddy Internal | Christopher Scott accessed account with reason "General/Research". Shopper PIN. |
| 10/9/2009 10:44:40 AM / Scott, Christopher / Client IP: GoDaddy Internal | Christopher Scott accessed account with reason "General/Research". Shopper PIN. |
| 10/9/2009 10:44:36 AM / Scott, Christopher / Client IP: GoDaddy Internal | Christopher Scott accessed account with reason "General/Research". Shopper PIN. |