# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| Prenda Law, Inc.<br>*Plaintiff(s)*<br><br>v.<br><br>Paul Godfread et al.<br>*Defendant(s)* | Case Number: 13-cv-00207-DRH-SCW |

## NOTICE OF ERRORS AND/OR DEFICIENCIES
## IN ELECTRONICALLY FILED DOCUMENTS

DOCUMENT NUMBER: 27     DOCUMENT TITLE: Reply to Response to Motion

One of the following errors/deficiencies has been identified in the document listed above:

☒    When pleadings contain multiple attorney signatures, the non-filing attorney must include the language "with consent" with his/her signature.

## ACTION REQUIRED BY FILER

☒    No action required. This notice is for informational purposes only.

Dated: May 30, 2013

NANCY J. ROSENSTENGEL, Clerk of Court

By: *s/ Christa Obucina*
Deputy Clerk