

# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**THOMAS G. BRUTON**
**CLERK**                                                                 312-435-5698

June 12, 2013

In Re: Prenda Law, Inc v. Godfread, et al

USDC for the Northern District of Illinois Case No**: 13 CV 4341**

This is to advise the parties that the above titled case has been electronically transferred to the Northern District of Illinois from the Southern District of Illinois (3:13cv00207). The case has been assigned number 13 CV 4341 to the Honorable Kennelly.

The purpose of this letter is to inform you that the Local Rule 83.15 of this Court require that an appearance form be filed by an attorney who intends to represent a party in any proceeding before this Court.

For further information, you may visit our website address at:  www.ilnd.uscourts.gov for the United States District Court, Northern District of Illinois, Eastern Division.

    Sincerely yours,
    Thomas G. Bruton, Clerk

    By:    /s/ Lakisha C. Williams
            Deputy Clerk