# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Prenda Law, Inc.

                         Plaintiff,

v.                                      Case No.: 1:13–cv–04341
                                                   Honorable Matthew F. Kennelly

Paul Godfread, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 19, 2013:

        MINUTE entry before Honorable Matthew F. Kennelly: The status hearing set for 6/24/2013 is advanced to 8:30 a.m. on that date. It will be held in chambers (Room 2188). (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.