# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Prenda Law, Inc.

                     Plaintiff,

v.

Paul Godfread, et al.

                     Defendant.

Case No.: 1:13–cv–04341
Honorable Matthew F. Kennelly

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, June 28, 2013:

        MINUTE entry before Honorable Matthew F. Kennelly: Case being reassigned to Judge Darrah, the status hearing set for 7/1/2013 before Judge Kennelly is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.