

# United States District Court
# Northern District of Illinois

In the Matter of

Prenda Law, Inc.              District Judge John W. Darrah

v.              Case No. 13-CV-4341

Paul Godfread et al              Designated Magistrate Judge Susan E. Cox

### FINDING OF RELATEDNESS PURSUANT TO LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Matthew F. Kennelly to be related to 13 C 1569 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

*Judge John W. Darrah*

Date: Tuesday, July 16, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge John W. Darrah

### ENTER

### FOR THE EXECUTIVE COMMITTEE

*Chief Judge Ruben Castillo*

Dated: Tuesday, July 16, 2013

District Reassignment - Finding of Relatedness