**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALPHA LAW FIRM, LLC, et al., | ) | |
| | ) | No. 13-CV-4341 |
| Plaintiffs, | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| | ) | On Removal From The Circuit |
| PAUL GODFREAD, ALAN COOPER | ) | Circuit Court of St. Clair County, |
| and JOHN DOES 1-10, | ) | Illinois, 13-L-73 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF'S NOTICE OF RENEWEED MOTION TO
REMAND CASE TO STATE COURT**

PLEASE TAKE NOTICE that on August 14, 2013, at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present the Renewed Motion to Remand Case To State Court, a copy of which is attached hereto and hereby served upon you.

                                                           Respectfully submitted,

                                                           ALPHA LAW FIRM, LLC, ET AL.

**DATED:** August 12, 2013

                                          By:    /s/ Paul Duffy
                                                         PAUL DUFFY (Bar No. 6210496)
                                                         2 N. LaSalle Street, 13th Floor
                                                          Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 12, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).

                   /s/ Paul Duffy
                   PAUL DUFFY