**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PRENDA LAW, INC., et al., | ) | |
| | ) | No. 13-CV-4341 |
| Plaintiffs, | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| | ) | On Removal From The Circuit |
| PAUL GODFREAD, ALAN COOPER | ) | Circuit Court of St. Clair County, |
| and JOHN DOES 1-10, | ) | Illinois, 13-L-73 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFFS' MOTION TO WITHDRAW ITS RENEWED
MOTION TO REMAND THE CASE**

Plaintiff, Prenda Law, Inc., by and through its undersigned counsel and pursuant to the

Federal Rules of Civil Procedure and other governing law, as and for its Motion to Withdraw Its

Renewed Motion To Remand The Case, states as follows;

1. Plaintiff on August 12, 2013 filed its Renewed Motion to Remand The Case tot eh

    Circuit Court of Cook County.  The reason for the Motion was that Alpha Law

    Group, LLC, which was added as a Plaintiff Ian amended complaint filed in the

    Circuit Court of St. Clair County, Illinois, is a Minnesota resident and thus there was

    not diversity jurisdiction in this Court.

2. Plaintiff vehemently disagrees with representations made by Defendants counsel at

    the August 14, 2013 hearing regarding its Motion, but nevertheless due to the

    apparent confusion arising from Plaintiff's Motion, Plaintiff seeks to withdraw it

    motion.  Rather than renew its motion, Plaintiff intends to, at the appropriate time if

    any, amend its complaint to ad Alpha Law Group LLC as a Plaintiff.

1

3. Plaintiff therefore respectfully requests that this Court grant it leave to withdraw its August 12, 2013 Motion seeking to remand the case to the State Court.

WHEREFORE, For all of the foregoing reasons, Plaintiff respectfully requests that this Court grant it leave to withdraws its Renewed Motion To Remand the Case; withdraw the Motion; and grant it any all further relief that this Court deems to be reasonable and appropriate under the circumstances.

Respectfully submitted,

PRENDA LAW, INC.

DATED: August 14, 2013

By:    s/ Paul A. Duffy
       One of their attorneys

Paul Duffy (Bar No. 6210496)
2 N. LaSalle Street, 13th Floor
Chicago, IL 60601
Telephone: (312) 952-6136
Facsimile: (312) 893-5677
E-mail: paduffy@pduffygroup.com
*Attorney for Plaintiffs*

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on August 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


<u>/s/ Paul Duffy</u>
Paul Duffy