**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PRENDA LAW, INC. | ) | |
| | ) | No. 13-CV-4341 |
| Plaintiffs, | ) | |
| v. | ) | Honorable John W. Darrah |
| | ) | |
| | ) | On Removal From The Circuit |
| PAUL GODFREAD, ALAN COOPER | ) | Circuit Court of St. Clair County, |
| and JOHN DOES 1-10, | ) | Illinois, 13-L-73 |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

**PLAINTIFF'S NOTICE OF MOTION TO WITHDRAW MOTION TO REMAND**

PLEASE TAKE NOTICE that on August 19, 2013, at 9:30 a.m. the undersigned shall appear before the Honorable United States Judge John W. Darrah at 219 South Dearborn Street, Chicago, IL 60604 and shall then and there present the Renewed Motion To Withdraw Motion To Remand, a copy of which is attached hereto and hereby served upon you.

                                                                                                       Respectfully submitted,

                                                                                                      ALPHA LAW FIRM, LLC, ET AL.

**DATED:** August 14, 2013

                                                                      By:    /s/ Paul Duffy
                                                                                                     PAUL DUFFY (Bar No. 6210496)
                                                                                                     2 N. LaSalle Street, 13th Floor
                                                                                                      Chicago, IL 60602

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on August 14, 2013, all counsel of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document using the Court's CM/ECF system, in compliance with Local Rule 5.2(a).


                /s/ Paul Duffy
                PAUL DUFFY