# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| v. | ) | Judge: John W. Darrah |
| Paul Godfread et al | ) | |

## ORDER

Status hearing held. Plaintiff's motion to remand [39] is entered and briefed as follows: response by 8/21/13, reply by 8/28/13. Status hearing set for 10/30/13, stated on the record, is re-set to 11/7/13 at 9:30 a.m.

(T:) 00:05

Date: 8/14/13                                    /s/ Judge John W. Darrah