Case 1:02-cv-04341-SCW Document #: 44-7 Filed: 08/05/13 Page 2 of 2 PageID #:960

# Exhibit G

Case 3:19-cv-04341-SCW Document #: 44-7 Filed: 08/05/13 Page 2 of 2 PageID #:960

