# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| | ) | |
| v. | ) | |
| | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread et al | ) | |

## ORDER

Ruling on motion hearing held. Plaintiff's motion to withdraw the motion for remand is granted [41]. Plaintiff's motion for remand is withdrawn [39]. Defendant's Rule 11 petition to be filed by 9/4/13, response by 9/11/13, reply by 9/18/13. Status hearing set for 11/7/13 is re-set to 11/26/13 at 9:30 a.m.

(T:) 00:05

Date: 8/20/13                                   /s/ Judge John W. Darrah