EXHIBIT H



# CORPORATION FILE DETAIL REPORT

| | | | |
|---|---|---|---|
| **Entity Name** | PRENDA LAW INC. | **File Number** | 68212189 |
| **Status** | DISSOLVED | | |
| **Entity Type** | CORPORATION | **Type of Corp** | DOMESTIC BCA |
| **Incorporation Date (Domestic)** | 11/07/2011 | **State** | ILLINOIS |
| **Agent Name** | PAUL DUFFY | **Agent Change Date** | 11/07/2011 |
| **Agent Street Address** | 161 N CLARK ST STE 3200 | **President Name & Address** | PAUL DUFFY |
| **Agent City** | CHICAGO | **Secretary Name & Address** | VOLUNTARY DISSOLUTION 07 26 13 |
| **Agent Zip** | 60601 | **Duration Date** | PERPETUAL |
| **Annual Report Filing Date** | 02/06/2013 | **For Year** | 2012 |

Return to the Search Screen

BACK TO CYBERDRIVEILLINOIS.COM HOME PAGE