EXHIBIT J



Erin Russell <erin@russellfirmchicago.com>

## 13-cv-01569 Duffy v. Godfread et al

**Melanie_Foster@ilnd.uscourts.gov** <Melanie_Foster@ilnd.uscourts.gov>  Tue, Jun 18, 2013 at 12:12 PM
To: erin@russellfirmchicago.com, paduffy@wefightpiracy.com

Counsel,

Are there any objections to the motion to reassign noticed for 6/19?

Melanie A. Foster
Courtroom Deputy to the
Hon. John W. Darrah
U.S. District Court
219 S. Dearborn
Room 1204
Chicago, IL. 60604
(312) 435-5556
Melanie_Foster@ilnd.uscourts.gov



Erin Russell <erin@russellfirmchicago.com>

## 13-cv-01569 Duffy v. Godfread et al

**Melanie_Foster@ilnd.uscourts.gov** <Melanie_Foster@ilnd.uscourts.gov>  Tue, Jun 18, 2013 at 12:20 PM
To: Prenda <paduffy@wefightpiracy.com>
Cc: erin@russellfirmchicago.com

Ok, we'll leave it on for tomorrow and enter a briefing schedule then. See you then.

Melanie A. Foster
Courtroom Deputy to the
Hon. John W. Darrah
U.S. District Court
219 S. Dearborn
Room 1204
Chicago, IL. 60604
(312) 435-5556
Melanie_Foster@ilnd.uscourts.gov

| | |
|---|---|
| From: | Prenda <paduffy@wefightpiracy.com> |
| To: | "Melanie_Foster@ilnd.uscourts.gov" <Melanie_Foster@ilnd.uscourts.gov> |
| Date: | 06/18/2013 12:16 PM |
| Subject: | Re: 13-cv-01569 Duffy v. Godfread et al |

GOP afternoon - I do object to the motion, and planned to ask for a short briefing schedule to file the objection, may I do so?

[Quoted text hidden]