EXHIBIT M

## Prenda v. Godfread and Duffy v. Godfread

**Erin Russell** <erin@russellfirmchicago.com>      Wed, Aug 14, 2013 at 8:44 AM
To: "paulduffy2005@gmail.com" <paulduffy2005@gmail.com>
Cc: jsweet@boothsweet.com

Paul,

I have reviewed your motion for remand. It is the same motion you filed in the Southern District. It contains the same untrue factual allegations, which you know to be untrue and Judge Herndon mentioned in his brief ruling on your motion.

If you do not withdraw this motion, I will move for sanctions and attorney's fees.

Please let me know how you plan to proceed.

Erin

Sent from my iPhone



Erin Russell <erin@russellfirmchicago.com>

## Prenda v. Godfread and Duffy v. Godfread

**Paul Duffy** <paulduffy2005@gmail.com>  Wed, Aug 14, 2013 at 10:10 AM
To: Erin Russell <erin@russellfirmchicago.com>

I disagree with your statements regarding the motion but will agree to withdraw it. Thanks.

Sent from my iPhone
[Quoted text hidden]