IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PRENDA LAW, INC., *et al.* | ) | |
| | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:13-cv-04341 |
| | ) | consolidated with 1:13-cv-01569 |
| v. | ) | |
| | ) | |
| PAUL GODFREAD, ALAN COOPER and JOHN DOES 1-10, | ) | Honorable John W. Darrah |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SUPPLEMENTAL FILING

In support of Defendants' Motion for Sanctions, Defendants provided information regarding other sanctions imposed against Plaintiff Prenda Law, Inc. and its principals, including Plaintiff Paul Duffy, in other jurisdictions as permitted under *Reed v. Lincare*, *Inc.*, 2012 U.S. Dist. LEXIS 167160 (E.D. Wis., November 21, 2012). [ECF No. 51]. After Defendants filed their Motion for Sanctions, Prenda and Duffy were sanctioned for their litigation conduct by two additional federal courts.

On November 6, 2013, the Honorable Franklin L. Noel, United States Magistrate Judge for the District of Minnesota, entered an order sanctioning Prenda. Judge Noel ordered Prenda Law, Inc. (and AF Holdings, Inc.) to disgorge settlement funds received from four John Doe defendants and pay all attorneys' fees and costs incurred by the Doe defendants. (Ex. A, p. 9-10). The court also ordered the clerk's office send its order to the United States Attorney, the Minnesota Attorney General's Office, the Minnesota Lawyers Professional Responsibility Board and the Attorney Registration and Disciplinary Commission of the Supreme Court of Illinois.

(Ex. A, p. 9-10). Judge Noel's order has been stayed pending the court's anticipated objections to Judge Noel's order. (Ex. B).

On November 27, 2013, United States District Judge G. Patrick Murphy of the United States District Court for the Northern District of Illinois entered an order sanctioning Prenda and its principals, including Duffy, pursuant to 28 U.S.C. § 1927. *Lightspeed Media Corp. v. Anthony Smith, et al,* Docket No. 12-889-GPM [ECF No. 100]. Judge Murphy held that Prenda and its principals, John Steele, Paul Hansmeier and Paul Duffy, are jointly and severally liable for sanctions totaling $261,015.11. A copy of Judge Murphy's order is attached hereto as Exhibit C.

        Respectfully submitted,

        /s/ Erin Kathryn Russell
        Counsel for Defendants
        Paul Godfread and Alan Cooper

The Russell Firm
233 South Wacker Drive, 84th Floor
Chicago, IL 60607
T: (312) 994-2424
F: (312) 706-9766
erin@russellfirmchicago.com
ARDC # 6287255

        /s/ Jason L. Sweet
        Counsel for Defendants
        Paul Godfread and Alan Cooper
        *Admitted Pro Hac Vice*

Booth Sweet, LLP
32R Essex Street
Cambridge, MA 02139
T: (617) 250-8619
F: (617) 250-8883
jsweet@boothsweet.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 10, 2013, she caused the foregoing to be filed with the Court via its CM/ECF electronic filing system, thereby serving a copy on all parties of record.

/s/ Erin Russell