UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

AF Holdings LLC,

       Plaintiff,

v.                                               Civil No. 12-1445 (JNE/FLN)
                                             ORDER

John Doe,

       Defendant.

     This case is before the Court on Plaintiff's Expedited Motion to Stay. The Court grants the motion [Docket No. 70]. The Order dated November 6, 2013, is STAYED pending resolution of Plaintiff's anticipated objections to the Order.

     IT IS SO ORDERED.

Dated: November 12, 2013

                                                   s/Joan N. Ericksen
                                                 JOAN N. ERICKSEN
                                                 United States District Judge