IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| v. | ) | Judge: John W. Darrah |
| Paul Godfread, et. al. | ) | |

## ORDER

For the reasons stated in the attached memorandum opinion and order, Defendants' Motion for Sanctions [51] is granted. Sanctions are awarded to Defendants against Prenda Law, Inc. and Paul A. Duffy, pursuant to the Court's inherent authority to sanction, 28 U.S.C. § 1927, due to his unreasonable and vexatious conduct, and Federal Rule of Civil Procedure 11(c), for violating Rule 11(b)(1),(2), and (3). Defendants shall submit an itemized statement of attorneys' fees occasioned by the misconduct of Prenda Law, Inc. and Paul A. Duffy. Prenda's Motion for Leave to File a Surreply [53] is denied. Enter Memorandum Opinion and Order.

Date: 2/3/14                                          /s/ Judge John W. Darrah