Exhibit A

The Russell Firm
233 S. Wacker Drive
84th Floor
Chicago IL  60606

Paul Godfread

| | Invoice # | 0000001 |
|---|---|---|
| | Invoice Date | February 7, 2014 |
| | **Amount Due** | **$22,894.20 USD** |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| | Erin Russell: Received and reviewed email from Paul Duffy re: alleged amended complaint. | 400.00 | 0.1 | 40.00 |
| | Erin Russell: Email to Paul Duffy requesting copy of purported amended St. Clair County complaint. | 400.00 | 0.1 | 40.00 |
| | Erin Russell: Reviewed St. Clair County Court docket re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.6 | 240.00 |
| | Erin Russell: Telephone conference with A. Cooper re: alleged amended complaint | 400.00 | 0.2 | 80.00 |
| | Erin Russell: Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Telephone conference with J. Sweet and P. Godfread re: allegations contained in Plaintiff's Motion to Remand | 400.00 | 1.1 | 440.00 |
| | Erin Russell: Received and reviewed Plaintiff's Motion to Remand to St. Clair County | 400.00 | 1 | 400.00 |
| | Erin Russell: Telephone conference with P. Godfread re: Motion to Remand | 400.00 | 0.5 | 200.00 |
| | Erin Russell: Confer with A. Cooper. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Investigate circumstances surrounding filing of alleged amended complaint in St. Clair County (telephone calls to clerk's office and local counsel). | 400.00 | 1.2 | 480.00 |
| | Erin Russell: Listen to voice mail left for P. Godfread by J. Steele and arrange for preparation of transcript. | 400.00 | 1 | 400.00 |
| | Erin Russell: Research: Illinois law governing filing of amended complaints in removed cases. | 400.00 | 1.7 | 680.00 |
| | Erin Russell: Draft facts section for Response to Motion for Remand. | 400.00 | 1.4 | 560.00 |
| | Erin Russell: Research: amended complaints, service and removal. | 400.00 | 1.9 | 760.00 |
| | Erin Russell: Research: deadline for filing of motion to remand. | 400.00 | 1.1 | 440.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| | Erin Russell: Research effect of alleged amended complaint on diversity jurisdiction. | 400.00 | 1.8 | 720.00 |
| | Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 2.7 | 1,080.00 |
| | Erin Russell: Confer with Laura Beasley re: affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 3.1 | 1,240.00 |
| | Erin Russell: Review finalized, signed affidavit of Judy Kent. | 400.00 | 0.2 | 80.00 |
| | Erin Russell: Confer with J. Sweet and P. Godfread re: Kent affidavit. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Review affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 1.6 | 640.00 |
| | Erin Russell: Final edit of Response in Opposition to Motion to Remand and review of exhibits. | 400.00 | 1.5 | 600.00 |
| | Erin Russell: Review and Discuss Order from Judge Herndon denying Motion to Remand with J. Sweet and P. Godfread. | 400.00 | 0.8 | 320.00 |
| | Erin Russell: Appear for status hearing before Judge Darrah. | 400.00 | 1.1 | 440.00 |
| | Erin Russell: Confer with P. Godfread. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Review Plaintiff's Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 1.5 | 600.00 |
| | Erin Russell: Appear for hearing on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction before Judge Darrah. | 400.00 | 1.2 | 480.00 |
| | Erin Russell: Review Plaintiff's Motion to Withdraw Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 0.5 | 200.00 |
| | Erin Russell: Telephone conference with J. Sweet and P. Godfread re: outcome of hearing before Judge Darrah. | 400.00 | 0.9 | 360.00 |
| | Erin Russell: Draft and edit Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 2.4 | 960.00 |
| | Erin Russell: Confer with P. Godfread. | 400.00 | 0.2 | 80.00 |
| | Erin Russell: Review and prepare exhibits to accompany Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| | Erin Russell: Draft and edit Response to Motion to Remand. | 400.00 | 1.5 | 600.00 |
| | Erin Russell: Final review of exhibits and edit of Response in Opposition to Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| | Erin Russell: Attend status hearing and hearing on Plaintiff's Motion to Withdraw Renewed Motion to Remand before Judge Darrah. | 400.00 | 1.2 | 480.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| | Erin Russell: Confer with J. Sweet and P. Godfread re: hearing before Judge Darrah. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Attend status hearing re: Motion for Sanctions. | 400.00 | 1.1 | 440.00 |
| | Erin Russell: Confer with J. Sweet and P. Godfread. | 400.00 | 0.3 | 120.00 |
| | Erin Russell: Draft and edit Reply in Support of Motion for Sanctions. | 400.00 | 2.3 | 920.00 |
| | Erin Russell: Research General Order of Court pertaining to consent to service of process for Reply in Support of Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Review sanctions order issued against Prenda by Judge Noel in Minnesota. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Review sanctions order against Prenda by Judge Murphy in the Southern District of Illinois. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Telephone conference with J. Sweet and P. Godfread re: Noel and Murphy sanctions orders. | 400.00 | 0.8 | 320.00 |
| | Erin Russell: Draft and submit Notice of Supplemental Authority re: Noel and Murphy sanctions orders against Prenda in support of Motion for Sanctions. | 400.00 | 0.5 | 200.00 |
| | Erin Russell: Review Plaintiff's Motion for Leave to File Surreply to Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Attend hearing re: ruling on Motion for Sanctions before Judge Darrah. | 400.00 | 1.3 | 520.00 |
| | Erin Russell: Telephone conference with J. Sweet and P. Godfread re: ruling on Motion for Sanctions. | 400.00 | 0.7 | 280.00 |
| | Erin Russell: Review Court's Memorandum Opinion and Order granting Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| | Erin Russell: Telephone conference with J. Sweet and P. Godfread re: Court's Memorandum Opinion. | 400.00 | 0.5 | 200.00 |
| | Erin Russell: Research case law re: itemization of damages for sanctions award. | 400.00 | 2.1 | 840.00 |
| | Erin Russell: Draft Affidavit of Erin K. Russell in support of Defendants' Itemization of Attorney's Fees. | 400.00 | 0.8 | 320.00 |
| | Erin Russell: Prepare itemized invoice to support Itemization of Attorney's Fees re: sanctions order. | 400.00 | 2.7 | 1,080.00 |
| | Erin Russell: Prepare Affidavit of Erin K. Russell in Support of Defendants' Itemization of Attorney's Fees. | 400.00 | 1.1 | 440.00 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Expense | [Prenda v. Godfread, et al. 08/20/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on June 25, 2013 | 24.20 | 1 | 24.20 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Expense | [Prenda v. Godfread, et al. 08/14/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on August 14, 2013 | 58.00 | 1 | 58.00 |
| Expense | [Prenda v. Godfread, et al. 05/31/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating circumstances of the filing of the St. Clair County amended complaint and obtaining the affidavit of Circuit Court Clerk's Office employee Judy Kent. | 738.00 | 1 | 738.00 |
| Expense | [Prenda v. Godfread, et al. 04/30/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating alleged St. Clair County amended complaint. | 234.00 | 1 | 234.00 |

| | |
|---|---|
| Total | 22,894.20 |
| Amount Paid | -0.00 |
| **Amount Due** | **$22,894.20 USD** |

# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

**Matter:** Duffy v. Godfread, No. 1:13-cv-01569 (N.D. Ill. 2013)

## ACCOUNT STATEMENT

Prepared for:
Paul Godfread & Alan Cooper

| | |
|---|---:|
| Previous Invoice Amount | $0.00 |
| Last Payment Received | $0.00 |
| Previous Balance | $0.00 |

RE: Sanctions Itemization

| | |
|---|---:|
| Current Charges | $3,558.30 |
| Total Due | $3,558.30 |

Page 1 of 3

# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone:** 617.250.8602 | **Fax:** 617.250.8883

## INVOICE

| | |
|---|---:|
| Invoice Date | February 07, 2014 |
| Invoice Number | 10002 |
| Invoice Amount | $3,558.30 |

**Matter:** Duffy v. Godfread, No. 1:13-cv-01569 (N.D. Ill. 2013)

### Attorney's Fees

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: allegations contained in Plaintiff's Motion to Remand | J.S. | 1.10 | $449.90 |
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: Kent affidavit | J.S. | 0.40 | $163.60 |
| 2/7/2014 | Review and Confer: Order from Judge Herndon denying Motion to Remand with E. Russell and P. Godfread | J.S. | 0.80 | $327.20 |
| 2/7/2014 | Review and Confer: Plaintiff's Renewed Motion to Remand and discuss with E. Russell and P. Godfread | J.S. | 1.50 | $613.50 |
| 2/7/2014 | Review and Confer: Plaintiff's Motion to Withdraw Renewed Motion to Remand with E. Russell and P. Godfread | J.S. | 0.50 | $204.50 |
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: outcome of hearing before Judge Darrah | J.S. | 0.90 | $368.10 |
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: hearing before Judge Darrah | J.S. | 0.30 | $122.70 |
| 2/7/2014 | Confer: with E. Russell and P. Godfread | J.S. | 0.30 | $122.70 |
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: Noel and Murphy sanctions orders | J.S. | 0.80 | $327.20 |

| 2/7/2014 | Confer: with E. Russell and P. Godfread re: ruling on Motion for Sanctions | J.S. | 0.70 | $286.30 |
|---|---|---|---|---|
| 2/7/2014 | Confer: with E. Russell and P. Godfread re: Court's Memorandum Opinion | J.S. | 0.50 | $204.50 |
| 2/7/2014 | Draft: Argument against Plaintiff's remand for Defendant's Reply to Plaintiff's Opposition Dismiss (No. 13-cv-00207-DRH-SCW, ECF No. 27 p. 7) | J.S. | 0.90 | $368.10 |
| SUBTOTAL | | | 8.70 | $3,558.30 |

| | Costs |
|---|---|
| SUBTOTAL | $0.00 |

| Invoice Summary | |
|---|---|
| TOTAL | $3,558.30 |
| PREVIOUS BALANCE DUE | $0.00 |
| CURRENT BALANCE DUE AND OWING | $3,558.30 |