Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL GODFREAD, ALAN COOPER and JOHN DOES 1-10, <br><br> Defendants. | Case No. 1:13-cv-04341 <br><br> Removed from: <br><br> The Circuit Court of St. Clair County, IL Case No. 13-L-0075 <br><br> Consolidated with 1:13-cv-01569 |

### DECLARATION OF JASON E. SWEET IN SUPPORT OF DEFENDANTS' ITEMIZATION OF ATTORNEY'S FEES

I, Jason E. Sweet, do hereby swear and say as follows:

1. I am an attorney at law licensed to practice before the Courts of the State of Massachusetts, the First Circuit and admitted *pro hac vice* before this Court. I am a partner in the law firm of Booth Sweet LLP, attorneys for Defendants Paul Godfread and Alan Cooper. Unless otherwise stated, I have personal knowledge of the following facts and, if called and sworn as a witness, could and would competently testify thereto.

2. Attached to Defendants' Itemization of Attorney's Fees are true and correct copies of the invoices reflecting the work I performed from April of 2013 through the present pertaining to counsel and investigation regarding this matter as relates to the removal/remand issues that are the subject of the Court's Order sanctioning Prenda Law, Inc. and Paul Duffy dated February 3, 2014. [ECF No. 60] including but not limited to conferring with Defendants and co-counsel; conferring with opposing counsel; and researching and drafting opposition to Plaintiff's remand motions.

3. My standard billing rate is $409.00 per hour. I devoted 8.7 hours to the matters that are the subject of Defendants' Motion for Sanctions and the Court's Order pertaining to those activities.

4. The total amount of attorney's fees, costs and expenses incurred by my firm related to the aforementioned matters in this case total $3,558.30.

5. I am informed and believe that Plaintiff's attorney is not an infant and is not incompetent, nor is he an active member of the military.

I declare under penalty of perjury and under the laws of the United States of America that the foregoing is true and correct.

This the 7th day of February, 2014.

_____
Jason E. Sweet