Exhibit E

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00001575

Erin K. Russell
The Russell Firm
233 South Wacker Drive
84th Floor
Chicago, IL 60606
Phone:

**MAKE CHECKS PAYABLE TO:**

Mary M. Hacker
Official Court Reporter
219 South Dearborn Street
Room 1212
Chicago, IL 60604
Phone: (312) 435-5564

☐ CRIMINAL   [X] CIVIL

DATE ORDERED: 08-14-2013
DATE DELIVERED: 08-14-2013

**Case Style:** 13 C 1569, Paul Duffy v Paul Godfread, et al.
Transcript of proceedings before the Hon. John W. Darrah on August 14, 2013.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 8 | 7.25 | 58.00 | | 1.20 | | | 0.90 | | 58.00 |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 58.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |

Date Paid:        Amt:        TOTAL DUE: $58.00

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                          DATE  08-14-2013

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

INVOICE NO: 00001580

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| Erin K. Russell<br>The Russell Firm<br>233 South Wacker Drive<br>84th Floor<br>Chicago, IL 60606<br>Phone: | Mary M. Hacker<br>Official Court Reporter<br>219 South Dearborn Street<br>Room 1212<br>Chicago, IL 60604<br>Phone: (312) 435-5564 |

☐ CRIMINAL  ☒ CIVIL    DATE ORDERED: 08-20-2013    DATE DELIVERED: 08-20-2013

**Case Style:** 13 C 1569, Duffy v Godfread, et al.
Transcript of proceedings before the Hon. John W. Darrah on June 25, 2013.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | 4 | 6.05 | 24.20 | | 1.20 | | | 0.90 | | 24.20 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | | | | | | | | | |

| | |
|---|---|
| Misc. Desc. | MISC. CHARGES: |
| | TOTAL: 24.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: |
| | TAX (If Applicable): |
| | LESS AMOUNT OF DEPOSIT: |
| | TOTAL REFUND: |
| Date Paid:      Amt: | TOTAL DUE: $24.20 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                                                                       DATE  08-20-2013

*(All previous editions of this form are cancelled and should be destroyed)*

## Joley, Nussbaumer, Oliver & Beasley, P.C.

Attorneys At Law

8 East Washington
Belleville, IL 62220

IRS NO. 45-2690398

April 30, 2013

The Russell Firm
Erin K. Russell
233 South Wacker Drive
84th Floor
Chicago, IL 60606

Prenda Law Firm, Inc. v. John Does 1-10           Our File No.: 1844-928
U. S. District Court for the Southern District of Illinois
No. 13-cv-207                                      Statement Number: 11144

INTERIM BILL

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/15/2013 | LKB | Receipt and Review of Notice to St. Clair County of Notice of Removal, with accompanying email correspondence from Erin Russell for filing same | 0.30 |  |
| 4/30/2013 | LKB | Telephone conference with Clerk of the Court regarding the court file having no Motion for Leave and no Order | 0.20 |  |
|  | LKB | Review of the court file to obtain a Motion for Leave and no Order Judy signed because Kevin Hoerner told her it was okay that no one had been served | 0.80 |  |
| TOTAL FEES THIS BILL |  |  | 1.30 | $234.00 |

FEE SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Laura Kristin Beasley | 1.30 | 180.00 | $234.00 |

BILLING SUMMARY

| TOTAL THIS BILL | $234.00 |
|---|---|
| PREVIOUS BALANCE | $0.00 |
| PAYMENTS/ADJUSTMENTS | $0.00 |
| TOTAL NOW DUE | $234.00 |

| Joley, Nussbaumer, Oliver & Beasley, P.C. | 4/30/2013 | Statement Number: | 11144 |
|---|---|---|---|
| Prenda Law v. John Does 1-10 | | Page | 2 |

**Joley, Nussbaumer, Oliver & Beasley, P.C.**

Attorneys At Law

8 East Washington
Belleville, IL 62220

IRS NO. 45-2690398

May 31, 2013

The Russell Firm
Erin K. Russell
233 South Wacker Drive
84th Floor
Chicago, IL 60606

Prenda Law Firm, Inc. v. John Does 1-10                         Our File No.: 1844-928
U. S. District Court for the Southern District of Illinois
No. 13-cv-207                                                   Statement Number: 11192

INTERIM BILL

FOR PROFESSIONAL SERVICES RENDERED

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/6/2013 | LKB | Drafting of an Affidavit of Judy Kent | 0.40 | |
|  | LKB | Appearance at the St. Clair County Courthouse to obtain signature by Judy Kent of an Affidavit, and filing same | 0.50 | |
|  | LKB | Email Correspondence to Erin Russell regarding the Affidavit of Judy Kent | 0.20 | |
|  | LKB | Work on file obtaining records from the St. Clair County Circuit Clerk regarding a motion for leave to file an amended complaint never being filed, checking the docket sheet, multiple phone calls with the Clerk's Office, appearances at the courthouse regarding same, and meeting with Judy Kent | 1.80 | |
| 5/7/2013 | LKB | Re-drafting the Affidavit of Judy Kent | 0.20 | |
|  | LKB | Appearance at the St. Clair County Courthouse to have Judy Kent sign her Affidavit | 1.00 | |
|  |  | TOTAL FEES THIS BILL | 4.10 | $738.00 |

FEE SUMMARY

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Laura Kristin Beasley | 4.10 | 180.00 | $738.00 |

| | | | |
|---|---|---|---|
| Joley, Nussbaumer, Oliver & Beasley, P.C. | 5/31/2013 | Statement Number: | 11192 |
| Prenda Law v. John Does 1-10 | | Page | 2 |

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL THIS BILL | $738.00 |
| PREVIOUS BALANCE | $234.00 |
| PAYMENTS/ADJUSTMENTS | $0.00 |
| TOTAL NOW DUE | $972.00 |