IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc., | ) | |
| | ) | Removed from the Circuit Court of Cook County |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 1:13-cv-04341 |
| v. | ) | |
| | ) | |
| Paul Godfread, *et al.*, | ) | Consolidated with 1:13-cv-01569 |
| | ) | |
| Defendants. | ) | Hon. John W. Darrah |

REPLY IN SUPPORT OF ITEMIZATION OF FEES IN SUPPORT OF AWARD OF SANCTIONS

NOW COME Defendants Paul Godfread and Alan Cooper, and in support of their Itemization of Fees in Support of Award of Sanctions show the Court as follows:

1. On January 23, 2014, the Court granted Defendants' Motion for Sanctions against Prenda and Duffy. [ECF No. 51].

2. On February 3, 2014, the Court issued its Memorandum Opinion and Order in that regard. [ECF No. 60].

3. Defendants were ordered to file their bill of costs by February 6, 2014. [ECF No. 59]. Defendants made that filing on February 7, 2014. [ECF No. 61].

4. Prenda and Duffy were ordered to file their response to Defendants' bill of costs, on February 20, 2014. [ECF No. 59].

5. Defendants were ordered to file their reply by February 27, 2014. [ECF No. 59].

6. As of the time of filing of this document, Prenda and Duffy had failed to file their response as ordered.

7. Defendants respectfully request that the Court Order payment of Defendants' attorneys' fees as set forth in the filing made by Defendants on February 7, 2014.

Respectfully submitted,

THE RUSSELL FIRM, LLC

/s/ Erin K. Russell
Erin K. Russell
Counsel for Defendants

233 S. Wacker Drive, 84FL
Chicago, IL 60606
T: 312-994-2424
F: 312-276-9766
erin@russellfirmchicago.com
ARDC No. 6287255

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2014 at approximately 12:03am she caused the foregoing to be filed using the Court's CM/ECF system, thereby serving all parties of record.

/s/ Erin K. Russell
Erin K. Russell