**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread, et. al. | ) | |
| | ) | |

**ORDER**

Prenda's motion for leave to file an opposition to the fee petition, instanter, is granted [63]. Defendants' reply to be filed by 3/21/14. Status hearing/ruling set for 6/12/14 at 9:30 a.m. to stand. No appearance is needed on 3/12/14.

Date: 3/5/14                                                                 /s/ Judge John W. Darrah