EXHIBIT D

The Russell Firm
233 S. Wacker Drive
84th Floor
Chicago IL  60606

Paul Godfread

Invoice #  0000001
Invoice Date  February 7, 2014
**Amount Due**  $22,454.20 USD

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Time | [Prenda v. Godfread, et al. 03/01/13] Received and reviewed email from Paul Duffy re: alleged amended complaint. | 400.00 | 0.1 | 40.00 |
| Time | [Prenda v. Godfread, et al. 03/01/13] Email to Paul Duffy requesting copy of purported amended St. Clair County complaint. | 400.00 | 0.1 | 40.00 |
| Time | [Prenda v. Godfread, et al. 03/01/13] Reviewed St. Clair County Court docket re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 03/01/13] Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.6 | 240.00 |
| Time | [Prenda v. Godfread, et al. 03/01/13] Telephone conference with A. Cooper re: alleged amended complaint | 400.00 | 0.2 | 80.00 |
| Time | [Prenda v. Godfread, et al. 03/02/13] Telephone conference with P. Godfread re: alleged amended complaint | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 03/11/13] Telephone conference with J. Sweet and P. Godfread re: allegations contained in Plaintiff's Motion to Remand | 400.00 | 1.1 | 440.00 |
| Time | [Prenda v. Godfread, et al. 04/10/13] Received and reviewed Plaintiff's Motion to Remand to St. Clair County | 400.00 | 1 | 400.00 |
| Time | [Prenda v. Godfread, et al. 04/10/13] Telephone conference with P. Godfread re: Motion to Remand | 400.00 | 0.5 | 200.00 |
| Time | [Prenda v. Godfread, et al. 04/10/13] Confer with A. Cooper. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 04/12/13] Investigate circumstances surrounding filing of alleged amended complaint in St. Clair County (telephone calls to clerk's office and local counsel). | 400.00 | 1.2 | 480.00 |
| Time | [Prenda v. Godfread, et al. 04/15/13] Listen to voice mail left for P. Godfread by J. Steele and arrange for preparation of transcript. | 400.00 | 1 | 400.00 |
| Time | [Prenda v. Godfread, et al. 04/16/13] Research: Illinois law governing filing of amended complaints in removed cases. | 400.00 | 1.7 | 680.00 |
| Time | [Prenda v. Godfread, et al. 04/17/13] Draft facts section for Response to Motion for Remand. | 400.00 | 1.4 | 560.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Time | [Prenda v. Godfread, et al. 04/17/13] Research: amended complaints, service and removal. | 400.00 | 1.9 | 760.00 |
| Time | [Prenda v. Godfread, et al. 04/18/13] Research: deadline for filing of motion to remand. | 400.00 | 1.1 | 440.00 |
| Time | [Prenda v. Godfread, et al. 04/18/13] Research effect of alleged amended complaint on diversity jurisdiction. | 400.00 | 1.8 | 720.00 |
| Time | [Prenda v. Godfread, et al. 05/06/13] Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 2.7 | 1,080.00 |
| Time | [Prenda v. Godfread, et al. 05/06/13] Confer with Laura Beasley re: affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 05/07/13] Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 3.1 | 1,240.00 |
| Time | [Prenda v. Godfread, et al. 05/07/13] Review finalized, signed affidavit of Judy Kent. | 400.00 | 0.2 | 80.00 |
| Time | [Prenda v. Godfread, et al. 05/07/13] Confer with J. Sweet and P. Godfread re: Kent affidavit. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 05/08/13] Review affidavit of Judy Kent. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 05/09/13] Draft and edit Response in Opposition to Motion to Remand. | 400.00 | 1.6 | 640.00 |
| Time | [Prenda v. Godfread, et al. 05/10/13] Final edit of Response in Opposition to Motion to Remand and review of exhibits. | 400.00 | 1.5 | 600.00 |
| Time | [Prenda v. Godfread, et al. 06/06/13] Review and Discuss Order from Judge Herndon denying Motion to Remand with J. Sweet and P. Godfread. | 400.00 | 0.8 | 320.00 |
| Time | [Prenda v. Godfread, et al. 06/25/13] Appear for status hearing before Judge Darrah. | 400.00 | 1.1 | 440.00 |
| Time | [Prenda v. Godfread, et al. 08/06/13] Confer with P. Godfread. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 08/12/13] Review Plaintiff's Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 1.5 | 600.00 |
| Time | [Prenda v. Godfread, et al. 08/14/13] Appear for hearing on Plaintiff's Motion to Remand for Lack of Subject Matter Jurisdiction before Judge Darrah. | 400.00 | 1.2 | 480.00 |
| Time | [Prenda v. Godfread, et al. 08/14/13] Review Plaintiff's Motion to Withdraw Renewed Motion to Remand and discuss with J. Sweet and P. Godfread. | 400.00 | 0.5 | 200.00 |
| Time | [Prenda v. Godfread, et al. 08/14/13] Telephone conference with J. Sweet and P. Godfread re: outcome of hearing before Judge Darrah. | 400.00 | 0.9 | 360.00 |
| Time | [Prenda v. Godfread, et al. 08/16/13] Draft and edit Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 2.4 | 960.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Time | [Prenda v. Godfread, et al. 08/16/13] Confer with P. Godfread. | 400.00 | 0.2 | 80.00 |
| Time | [Prenda v. Godfread, et al. 08/19/13] Review and prepare exhibits to accompany Response to Plaintiff's Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| Time | [Prenda v. Godfread, et al. 08/19/13] Draft and edit Response to Motion to Remand. | 400.00 | 1.5 | 600.00 |
| Time | [Prenda v. Godfread, et al. 08/20/13] Final review of exhibits and edit of Response in Opposition to Renewed Motion to Remand. | 400.00 | 0.9 | 360.00 |
| Time | [Prenda v. Godfread, et al. 08/20/13] Attend status hearing and hearing on Plaintiff's Motion to Withdraw Renewed Motion to Remand before Judge Darrah. | 400.00 | 1.2 | 480.00 |
| Time | [Prenda v. Godfread, et al. 08/20/13] Confer with J. Sweet and P. Godfread re: hearing before Judge Darrah. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 09/10/13] Attend status hearing re: Motion for Sanctions. | 400.00 | 1.1 | 440.00 |
| Time | [Prenda v. Godfread, et al. 09/10/13] Confer with J. Sweet and P. Godfread. | 400.00 | 0.3 | 120.00 |
| Time | [Prenda v. Godfread, et al. 10/07/13] Draft and edit Reply in Support of Motion for Sanctions. | 400.00 | 2.3 | 920.00 |
| Time | [Prenda v. Godfread, et al. 10/07/13] Research General Order of Court pertaining to consent to service of process for Reply in Support of Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 11/06/13] Review sanctions order issued against Prenda by Judge Noel in Minnesota. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 11/27/13] Review sanctions order against Prenda by Judge Murphy in the Southern District of Illinois. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 11/27/13] Telephone conference with J. Sweet and P. Godfread re: Noel and Murphy sanctions orders. | 400.00 | 0.8 | 320.00 |
| Time | [Prenda v. Godfread, et al. 12/10/13] Draft and submit Notice of Supplemental Authority re: Noel and Murphy sanctions orders against Prenda in support of Motion for Sanctions. | 400.00 | 0.5 | 200.00 |
| Time | [Prenda v. Godfread, et al. 01/22/14] Review Plaintiff's Motion for Leave to File Surreply to Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 01/23/14] Attend hearing re: ruling on Motion for Sanctions before Judge Darrah. | 400.00 | 1.3 | 520.00 |
| Time | [Prenda v. Godfread, et al. 01/23/14] Telephone conference with J. Sweet and P. Godfread re: ruling on Motion for Sanctions. | 400.00 | 0.7 | 280.00 |

| Task | Time Entry Notes | Rate | Hours | Line Total |
|---|---|---|---|---|
| Time | [Prenda v. Godfread, et al. 02/03/14] Review Court's Memorandum Opinion and Order granting Motion for Sanctions. | 400.00 | 0.4 | 160.00 |
| Time | [Prenda v. Godfread, et al. 02/03/14] Telephone conference with J. Sweet and P. Godfread re: Court's Memorandum Opinion. | 400.00 | 0.5 | 200.00 |
| Time | [Prenda v. Godfread, et al. 02/05/14] Research case law re: itemization of damages for sanctions award. | 400.00 | 2.1 | 840.00 |
| Time | [Prenda v. Godfread, et al. 02/06/14] Draft Affidavit of Erin K. Russell in support of Defendants' Itemization of Attorney's Fees. | 400.00 | 0.8 | 320.00 |
| Time | [Prenda v. Godfread, et al. 02/06/14] Prepare itemized invoice to support Itemization of Attorney's Fees re: sanctions order. | 400.00 | 2.7 | 1,080.00 |

| Item | Description | Unit Cost | Quantity | Line Total |
|---|---|---|---|---|
| Expense | [Prenda v. Godfread, et al. 08/20/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on June 25, 2013 | 24.20 | 1 | 24.20 |
| Expense | [Prenda v. Godfread, et al. 08/14/13] Court Reporter, Mary M. Hacker: transcript of proceedings before Judge Darrah on August 14, 2013 | 58.00 | 1 | 58.00 |
| Expense | [Prenda v. Godfread, et al. 05/31/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating circumstances of the filing of the St. Clair County amended complaint and obtaining the affidavit of Circuit Court Clerk's Office employee Judy Kent. | 738.00 | 1 | 738.00 |
| Expense | [Prenda v. Godfread, et al. 04/30/13] Legal Fees, Laura Beasley: Local counsel fees incurred investigating alleged St. Clair County amended complaint. | 234.00 | 1 | 234.00 |

**Total** 22,454.20
Amount Paid -0.00
**Amount Due** $22,454.20 USD