EXHIBIT E

# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone**: 617.250.8602 | **Fax**: 617.250.8883

## INVOICE

| | |
|---|---|
| Invoice Date | February 07, 2014 |
| Invoice Number | 10002 |
| Invoice Amount | $3,558.30 |

**Matter:** Duffy v. Godfread, No. 1:13-cv-01569 (N.D. Ill. 2013)

| Date | Description | | | Attorney's Fees |
|---|---|---|---|---|
| 3/11/2013 | Confer: with E. Russell and P. Godfread re: allegations contained in Plaintiff's Motion to Remand | J.S. | 1.10 | $449.90 |
| 5/7/2013 | Confer: with E. Russell and P. Godfread re: Kent affidavit | J.S. | 0.40 | $163.60 |
| 6/6/2013 | Review and Confer: Order from Judge Herndon denying Motion to Remand with E. Russell and P. Godfread | J.S. | 0.80 | $327.20 |
| 8/12/2013 | Review and Confer: Plaintiff's Renewed Motion to Remand and discuss with E. Russell and P. Godfread | J.S. | 1.50 | $613.50 |
| 8/14/2013 | Review and Confer: Plaintiff's Motion to Withdraw Renewed Motion to Remand with E. Russell and P. Godfread | J.S. | 0.50 | $204.50 |
| 8/14/2013 | Confer: with E. Russell and P. Godfread re: outcome of hearing before Judge Darrah | J.S. | 0.90 | $368.10 |
| 8/20/2013 | Confer: with E. Russell and P. Godfread re: hearing before Judge Darrah | J.S. | 0.30 | $122.70 |
| 9/10/2013 | Confer: with E. Russell and P. Godfread | J.S. | 0.30 | $122.70 |
| 11/27/2013 | Confer: with E. Russell and P. Godfread re: Noel and Murphy sanctions orders | J.S. | 0.80 | $327.20 |

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 1/23/2014 | Confer: with E. Russell and P. Godfread re: ruling on Motion for Sanctions | J.S. | 0.70 | $286.30 |
| 2/3/2014 | Confer: with E. Russell and P. Godfread re: Court's Memorandum Opinion | J.S. | 0.50 | $204.50 |
| 2/6/2014 | Draft: Argument against Plaintiff's remand for Defendant's Reply to Plaintiff's Opposition Dismiss (No. 13-cv-00207-DRH-SCW, ECF No. 27 p. 7) | J.S. | 0.90 | $368.10 |
| **SUBTOTAL** | | | 8.70 | $3,558.30 |

| | Costs |
|---|---|
| **SUBTOTAL** | $0.00 |

| Invoice Summary | |
|---|---|
| TOTAL | $3,558.30 |
| PREVIOUS BALANCE DUE | $0.00 |
| CURRENT BALANCE DUE AND OWING | $3,558.30 |

# Booth Sweet LLP

32R Essex Street • Cambridge, MA 02139
**Phone:** 617.250.8602 | **Fax:** 617.250.8883

**Matter:** Duffy v. Godfread, No. 1:13-cv-01569 (N.D. Ill. 2013)

## ACCOUNT STATEMENT

| Prepared for: Paul Godfread & Alan Cooper | | |
|---|---|---|
| | Previous Invoice Amount | $0.00 |
| | Last Payment Received | $0.00 |
| | Previous Balance | $0.00 |
| RE: Sanctions Itemization | Current Charges | $3,558.30 |
| | Total Due | $3,558.30 |