**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

|  |  |  |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
|  | ) |  |
| v. | ) | Judge: John W. Darrah |
|  | ) |  |
| Paul Godfread, et. al. | ) |  |
|  | ) |  |

**ORDER**

Status hearing and ruling on motion hearing held. For the reasons stated in the attached memorandum opinion and order, Prenda's Motion Opposing Attorneys' Fees [63] is denied. However, the itemized amount is reduced to reflect sanctions only related to the conduct that occurred in this Court. Sanctions are awarded to Defendants against Prenda Law, Inc., pursuant to the Court's inherent authority to sanction, in the amount of $11,758.20**.** Enter Memorandum Opinion and Order. Status hearing set for 8/27/14 at 9:30 a.m.

(T:) 00:05

Date: 6/12/14 /s/ Judge John W. Darrah