**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | ) | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread, et. al. | ) | |
| | ) | |

**ORDER**

Status hearing held. Plaintiff is granted leave to file a motion showing its inability to pay the sanctions award on or before 8/29/14, response by 9/19/14, reply by 10/3/14. Status hearing/ruling is set for 12/4/14 at 9:30 a.m.

(T:) 00:05

Date: 8/27/14                                                                 /s/ Judge John W. Darrah