UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No. 13-cv-4341 |
| PAUL GODFREAD, et al., | ) |
| | ) Judge John W. Darrah |
| Defendants. | ) |

## **ORDER**

Plaintiff is granted leave to file a motion showing its inability to pay the sanctions award on 9/2/14, response by 9/23/14, reply by 10/7/14. Previously scheduled response and reply dates are vacated. Status hearing/ruling remains set for 12/4/14 at 9:30 a.m.


Date: 9/2/2014                                                                                  /s/ John W. Darrah