UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 13-cv-4341 |
| PAUL GODFREAD, *et. al*, ) | |
| ) | Judge John W. Darrah |
| Defendants. ) | |

## **ORDER**

Status hearing set for November 11, 2014 at 9:30 a.m.

Date: 10/22/2014                                             /s/ John W. Darrah