**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread, et. al. | ) | |

**ORDER**

Status hearing held. Mr. Duffy is granted leave to file a motion showing his inability to pay the sanctions award on or before 11/25/14, response by 12/10/14, reply by 12/17/14. Status hearing/ruling is set for 2/25/15 at 9:30 a.m. Firm dates.

(T:) 00:05

Date: 11/18/14 /s/ Judge John W. Darrah