**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| v. | ) | Judge: John W. Darrah |
| Paul Godfread, et. al. | ) | |

**ORDER**

Status hearing held. For the reasons stated in the attached memorandum opinion and order, the order of June 12, 2014, shall be amended to provide that, pursuant to Rule 11, 28 U.S.C. § 1927, and the Court's inherent ability to sanction, Prenda Law, Inc. and Paul Duffy are jointly and severally liable for sanctions awarded to the Defendants in the amount of $11,758.20. This sum will be paid within fourteen days of the entry of this order. It is further ordered that, if either Prenda or Duffy assert an inability to pay the ordered amount, Duffy shall submit, on his own behalf, a financial statement from a certified public accountant, verifying his financial status. Duffy shall also present a financial statement from a certified public accountant, stating any and all of Prenda Law, Inc.'s assets. The statement regarding Prenda Law, Inc.'s assets shall include the distribution of any and all assets before it ceased doing business. These financial documents shall be submitted within fourteen days of the entry of this Order. Enter Memorandum Opinion and Order. Status hearing set for 2/12/15 at 9:30 a.m.

(T:) 00:05

Date:  1/22/15                                                                                           /s/ Judge John W. Darrah