UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PAUL DUFFY, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | |
| PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | Case No. 1:13-cv-4341 |
| PAUL GODFREAD and ALAN COOPER, | ) ) ) ) | |
| Counter-Plaintiffs, | ) | Honorable John W. Darrah |
| v. | ) ) ) | |
| PRENDA LAW, INC. and PAUL DUFFY, | ) ) ) ) | |
| Counter-Defendants. | ) | |

NOTICE OF MOTION

PLEASE TAKE NOTICE that on Thursday, February 12, 2015 at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable John W. Darrah, or any judge sitting in his stead in Courtroom 1203 of the United States District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present Defendants' Motion for Contempt or, in the alternative, for an Order Requiring Prenda and Duffy to Show Cause Why Each Should Not Be Held in Contempt For Their Failure to Comply With The Court's January 22, 2015 Order [ECF No. 84].

Respectfully submitted,

/s/ Erin K. Russell

The Russell Firm, LLC
233 South Wacker Drive, 84th Floor
Chicago, Illinois 60611
T: 312-994-2424
F: 312-706-7966
erin@russellgroupchicago.com
ARDC # 6287255

CERTIFICATE OF SERVICE

The undersigned certifies that on February 6, 2015, she caused the foregoing to be filed with the Court via the CM/ECF electronic filing system, thereby serving all parties of record.

/s/ Erin K. Russell