IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| | ) | |
| v. | ) | Judge: John W. Darrah |
| | ) | |
| Paul Godfread, et. al. | ) | |

## ORDER

Status hearing and ruling on motion hearing held. Plaintiff's Motion to Establish Inability to Pay [79]: reply is due by 2/19/15. Status hearing/ruling set for February 25, 2015 is re-set to April 9, 2015 at 9:30 a.m. Defendant's Motion for Contempt or for Rule to Show Cause [84] is denied.

(T:) 00:05

Date: 2/12/15  /s/ Judge John W. Darrah