**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 13-cv-04341

Prenda Law, Inc. v. Godfread, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com)

| | |
|---|---|
| **NAME** (Type or print) <br> Meghan K. Nugent | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) <br> s/ Meghan K. Nugent | |
| **FIRM** <br> Mudd Law Offices | |
| **STREET ADDRESS** <br> 3114 West Irving Park Road, Suite 1W | |
| **CITY/STATE/ZIP** <br> Chicago, Illinois 60618 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** <br> 6313620 | **TELEPHONE NUMBER** <br> 773.588.5410 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐  NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐  NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |