**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| PRENDA LAW, INC., et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-CV-4341 |
| ) | |
| PAUL GODFREAD, et al., ) | |
| ) | |
| Defendants. ) | Honorable John W. Darrah |

**MOTION TO WITHDRAW STEPHANIE MARGARET SOLERA**
**AS AN ATTORNEY OF RECORD**

NOW COMES Mudd Law Offices, counsel for Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com), and respectfully moves this Court to withdraw and remove Stephanie Margaret Solera as an attorney of record in the above-captioned matter stating as follows:

1. Mudd Law Offices represents Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com).

2. In the scope of that representation, Stephanie Margaret Solera, a former associate at Mudd Law Offices, filed an appearance on behalf of Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com) while employed as an associate of Mudd Law Offices.

3. Stephanie Margaret Solera has since departed Mudd Law Offices. As such, she is no longer an associate at Mudd Law Offices and therefore, no longer represents Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com).

WHEREFORE, Mudd Law Offices, as counsel for Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com), moves this Court to withdraw and remove Stephanie Margaret Solera as an attorney of record for Defendants John Doe (DieTrollDie.com) and John Doe (FightCopyrightTrolls.com) in the above-captioned matter

Dated: April 15, 2015
      Chicago, Illinois

Respectfully submitted,
MUDD LAW OFFICES,

By:   /s/ Meghan K. Nugent
One of the Plaintiff's Attorneys
Meghan K. Nugent
Mudd Law Offices
3114 W. Irving Park Road
Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
mkn@muddlaw.com