UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| PRENDA LAW, INC., et. al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 13-CV-4341 |
| | ) | |
| PAUL GODFREAD, et al., | ) | |
| | ) | |
| Defendants. | ) | Honorable John W. Darrah |

## NOTICE OF MOTION

To: See Attached Service List

    Please take notice that on the 28th day of April 2015 at 9:00 a.m., or as soon thereafter as counsel may be heard, one of Defendants' attorneys shall appear before the Honorable John W. Darrah or any judge sitting in his stead, in room 1203 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for the purposes of presenting the **MOTION TO WITHDRAW STEPHANIE MARGARET SOLERA AS AN ATTORNEY OF RECORD**, a copy of which is herewith served upon you.

                                                           Dated this 15th day of April 2015


                                                           s/ Meghan K. Nugent
                                                            Meghan K. Nugent

## CERTIFICATE OF SERVICE

  I, Meghan K. Nugent, do hereby certify that service of this **MOTION TO WITHDRAW STEPHANIE MARGARET SOLERA AS AN ATTORNEY OF RECORD** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via postage pre-paid U.S. mail on this 15th day of April 2015.

                  s/ Meghan K. Nugent
                  Meghan K. Nugent

Meghan K. Nugent
Mudd Law Offices
3114 West Irving Park Road
Suite 1W
Chicago, Illinois 60618
mkn@muddlaw.com
*Attorney for the Plaintiff*

**SERVICE LIST**

All parties in this matter are represented by counsel who are ECF users.