# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| v. | ) | Judge: John W. Darrah |
| Paul Godfread, et. al. | ) | |

## ORDER

Status hearing held and continued to 11/4/15 at 9:30 a.m. A Rule to Show Cause shall issue against the representative from plaintiff's law firm. Defendants are granted leave to file a motion for sanctions.

(T:) 00:05

Date: 10/14/15                                                                 /s/ Judge John W. Darrah