## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
## Eastern Division

Prenda Law, Inc.
                              Plaintiff,

v.                                                    Case No.: 1:13−cv−04341
                                                           Honorable John W. Darrah

Paul Godfread, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 30, 2015:

      MINUTE entry before the Honorable John W. Darrah: Docket entry [100] is amended to reflect that counsel for the defendants advised the Court that Mr. John Steel(e) was advised via mail of the status and he was unable to be present. Status hearing set for 12/1/15 is re−set to 1/26/16 at 9:30 a.m. Return on the rule to show cause against the representative from plaintiff's law firm set for 12/1/15 is re−set to 1/26/16 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.