UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., <br><br> Plaintiff, <br><br> v. <br><br> PAUL GODFREAD, ALAN COOPER, and JOHN DOES 1-10, <br><br> Defendants. | Case No. 13-CV-4341 <br><br> Judge John W. Darrah |

**NOTICE OF FILING**

PLEASE TAKE NOTICE that on March 2, 2016, I filed the attached Reply to Respondent's Response to John L. Steele's Report to the Court, a copy of which is attached and served upon you through the CM/ECF filing system.

   /s/ James A. Doppke, Jr.
BY:   James A. Doppke, Jr.
       Counsel for John L. Steele

CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March, 2016, the foregoing was electronically filed with the U.S. District Court Clerk, Northern District of Illinois, Eastern Division, by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

   /s/ James A. Doppke, Jr.
James A. Doppke, Jr.

James A. Doppke, Jr.
Robinson Law Group, LLC
20 South Clark Street, Suite 1060
Chicago, IL 60603
(312) 676-9878
jdoppke@robinsonlawillinois.com