IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Prenda Law, Inc. | ) | Case No: 13 C 4341 |
| v. | ) | Judge: John W. Darrah |
| Paul Godfread, et. al. | ) | |

## ORDER

The Court's 4/20/16 order is amended to reflect that the defendants are instructed to submit a proposed judgment order for the damages awarded to Godfread and Cooper regarding the ruling on the Anti-SLAPP motion on or before 5/2/16.

Date: 4/20/16                                                                 /s/ Judge John W. Darrah