UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1
Eastern Division

Prenda Law, Inc.
                              Plaintiff,
v.                                           Case No.: 1:13−cv−04341
                                             Honorable John W. Darrah
Paul Godfread, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2016:

MINUTE entry before the Honorable John W. Darrah: Defendants' oral motion for an extension of time to 5/10/16 to submit a proposed judgment order for the damages awarded to Godfread and Cooper regarding the ruling on the Anti−SLAPP motion is granted. Status hearing set for 5/4/16 is re−set to 6/9/16 at 9:30 a.m. Mailed notice(maf)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.