UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 13-cv-4341 |
| v. ) | |
| ) | Judge John W. Darrah |
| PAUL GODFREAD, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **ORDER**

    Defendants Godfread and Cooper were instructed to submit a proposed judgment order for the damages awarded regarding the ruling on the Anti-SLAPP motion by 5/2/16. An oral motion for extension of time to 5/10/16 was granted, but Defendants have not filed a proposed judgment order. Defendants shall file a proposed judgment order by 10/25/16 or the case will be deemed closed.

Date:  10/11/2016                                                             /s/ John W. Darrah