## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF
## ILLINOIS EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., | Case No.: 1:13-cv-04341 |
| Plaintiff, | |
| v. | Honorable John W. Darrah |
| PAUL GODFREAD, et. al., | |
| Defendant. | |

## NOTICE OF MOTION

TO: Counsel of Record

On Wednesday, October 26, 2016, at 9:30 a.m., or as soon thereafter as counsel may be heard, the parties shall appear before the Honorable Judge John W. Darrah located at the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, Room 1203 and shall then and there present Attorney Meghan K. Nugent's Motion for Leave to Withdraw as Counsel, a copy of which has been served upon you using the CM/ECF system.

Respectfully submitted,

By:    /s/Meghan K. Nugent
            Meghan K. Nugent
            SPENCE, P.C.
            405 N. Wabash Ave., Suite P2E
            Chicago, IL 60611
            (312) 404-8883
            Meghan.nugent@spencepc.com

Dated: October 20, 2016

**Certificate of Service**

The undersigned attorney hereby certifies that on October 20, 2016, the above and foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system and a true and correct copy was served on the parties of record by CM/ECF Electronic Notification.

/s/Meghan K. Nugent