UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRENDA LAW, INC., | ) |
| Plaintiff, | ) |
| | ) Case No. 13-cv-4341 |
| v. | ) |
| | ) Judge John W. Darrah |
| PAUL GODFREAD, *et al.*, | ) |
| Defendants. | ) |

**ORDER**

    Motion for Leave to Withdraw as Counsel [113] is granted. No appearances necessary on 10/26/16. All other dates remain as scheduled.

Date: 10/24/2016                                          /s/ John W. Darrah